E-FILING

ADR

Filed

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE, CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Piotr J. Gardias

           Plaintiff,

vs.

The California State University,
San Jose State University.

           Defendant(s).

CASE NO. C07 06242 HRL

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:

    Address: 72 Floyd Street

    City, State & Zip Code: San Jose, CA 95110

    Phone: (408) 295 - 6531

2. Defendant is located at:

    Address: 1515 Clay Street, Suite 2000

    City, State & Zip Code: Oakland, CA 94612-0550

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

    a. __ Failure to employ me.

    b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)          - 1 -

1      c. ✓ Failure to promote me.

2      d. ✓ Other acts as specified below.

3 Denying me work according to my Job Description. Denying me electric cart for my work.

4 Denying me use of the EMS system for my work.

5 Harassment and retaliation.

6

7

8

9   5.     Defendant's conduct is discriminatory with respect to the following:

10      a. __ My race or color.

11      b. __ My religion.

12      c. __ My sex.

13      d. ✓ My national origin.

14      e. ✓ Other as specified below.

15 Title VII the Americans with Disabilities Act, and/or the Age Discr. in Emp. Act and Equal Pay.

16   6.     The basic facts surrounding my claim of discrimination are:

17 I was verbally harassed, mocked and publicly humiliated.

18 I received a negative performance evaluation because of my previous discrimination complaints.

19 SJSU assigned my colleague to Facilities Supervisor Position contrary to my Director Adam Bayer's

20 written statement that I should be in a position to mentor other staff.

21 I learned from my previous Director Betty Luna that SJSU chose applicants not qualified for positions

22 I applied for. I informed SJSU and EEOC regarding these and other issues. I have their confirmations of

23 receiving my letters. On November 19, 2007 I sent INDEX VII.2 of my Discrimination Complaints

24 to Ms. Cain-Simon. See enclosure INDEX VII.2.

25   7.     The alleged discrimination occurred on or about 5/30/2007 till 11/30/2007.

26                                                                         (DATE)

27   8.     I filed charges with the Federal Equal Employment Opportunity Commission (or the

28 California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)            - 2 -

1 | discriminatory conduct on or about 07/25/2005 and later.
2 | (DATE)
3 | 9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4 | (copy attached), which was received by me on or about 11/29/2007.
5 | (DATE)
6 | 10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7 | Yes ____ No ✓
8 | 11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9 | including injunctive orders, damages, costs, and attorney fees.

DATED: 12/11/2007                    _[signature]_

SIGNATURE OF PLAINTIFF

*(PLEASE NOTE: NOTARIZATION*                Piotr J. Gardias
*IS NOT REQUIRED.)*

PLAINTIFF'S NAME
(Printed or Typed)

Form-Intake 2 (Rev. 4/05)        - 3 -

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

From: San Jose Local Office
96 North Third Street
Suite 200
San Jose, CA 95112

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 556-2007-00687 | Lisa B. Fung, Investigator | (408) 291-4247 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Francisco Melara_ for HeaJung Atkins, Local Office Director

Enclosures(s)

11-29-2007
(Date Mailed)

cc: Maria Elena Rivera
AVP of Human Resources
SAN JOSE STATE UNIVERSITY
One Washington Square
San Jose, CA 95192

# INDEX VII.2

1. March 1, 2007 Award $250
2. **June 04, 2007 plaintiff's Discrimination Complaint.** 3 pages plus enclosures, plaintiff's June 04, 2007 complaint (**grown man**) to Maria Rivera and "Energy Utilities and Engineering" organization chart.
3. **June 19, 2007 Discrimination Complaint.** 3 pages plus enclosure June 19, 2007 Plaintiff's letter to Maria Rivera re Discrimination and Retaliation with enclosure of paragraph 3.
4. June 22, 2007 Plaintiff's request to Adam Bayer for **two or four** of letters
5. June 25, 2007 Plaintiff's letter to Maria Rivera re Plaintiff's June 19, 2007 Discrimination complaint. Plus enclosure June 22, 2007 Plaintiff's request to Adam Bayer for **two or four** letters.
7. June 25, 2007 Plaintiff's letter to Maria Rivera re: Discrimination, retaliation; work environment
8. July 10, 2007 Plaintiff's letter to Ms. Maria E. Rivera re **two or four** letters.
9. August 06, 2007 Plaintiff's letter to Maria Rivera re: June 4, 2007 Complaint plus enclosures, 1. corrected June 22, 2007 letter to Mr. Bayer and Mr. Leroy Barnette's note regarding UPD filters change.
10. September 21, 2007 Plaintiff's complaint to Ms. Maria Rivera re retaliation-electric cart plus enclosure August 31, 2007 plaintiff's letter to Valenzuela.
11. Maria Rivera September 25, 2007 re: Retaliation. Plaintiff's Personal File
12. September 28, 2007 Plaintiff's complaint to Maria Rivera re Discrimination-retaliation, Communication Skills. Plus 3 enclosures.
13. October 1, 2007 Arthur Dunklin's letter
14. Octobert 1, 2007 Plaintiff's complaint to Maria E. Rivera, AVP re retaliation. Personal file. Plus 2 enclosures.
15. Octobert 3, 2007 Plaintiff's complaint to Maria E. Rivera, AVP re retaliation, plaintiff's personal file and October 01, 2007 complaint. Plus 5 enclosures.
16. December 2, 2004 Plaintiff's letter to Dona Bertain
17. November 22, 2004 Plaintiff's letter to Dona Bertain
18. Certificate from the Polish Science Akademy
19. **October 5, 2007 Plaintiff's letter to Maria Rivera re Electric Cart** with seven enclosures.
20. October 8, 2007 Plaintiff's letter to Maria Rivera re May 30, 2007 shop meeting. Request for investigation. Enclosures, Kym Bersuch's note, Public Relation and Mass Communication Programs.
21. October 31, 2007 Plaintiff's letter to Ms. Maria Rivera re Discrimination/Retaliation Rasism in FD&O. 3 pages plus 10 enclosures
22. **October 22, 2007 Plaintiff's complaint re denying promotion** to Facilities Project Supervisor. 3 pages plus 2 enclosures, October 8, 2007 Adam Bayer's letter and note signed by Kym Bersuch re 5/30/07 meeting.
23. November 02, 2007 Plaintiff's letter to Ms. Maria Rivera re retaliation harassment. Plus 6 enclosures.
24. November 05, 2007 Plaintiff's letter to Maria Rivera re: Rebisz and Witkowski testimonials

25. November 14, 2007 Plaintiff's letter to Maria Rivera re: Discrimination against and Retaliation – EMS.
26. November 16, 2007 Plaintiff's letter to Maria Rivera re: Maria Rivera, re: Adam Bayer's Comments

2