| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

ADR
C07 06242

**E-FILING**
**Filed**
2007 HRL

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| PIOTR J. GARDIAS, | ) | Case No. C04-04086 HRL |
|---|---|---|
| Plaintiff, | ) | and |
| v. | ) | Case No. C |
| | ) | |
| The California State University, | ) | |
| San Jose State University, | ) | MOTION TO CONSOLIDATE |
| Defendant, | ) | |
| | ) | |

PLAINTIFF requests to consolidate the above cases.

The above cases are closely related, the same parties and the same law.

DATE: December 11, 2007

_____
Piotr J. Gardias
Plaintiff Pro Se

Copy: Mary S. Cain-Simon, Deputy Attorney General
1515 Clay Street, Suite 2000
Oakland, CA 94612-0550

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 1 of 1