E-FILING

ADP

Filed

DEC 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Piotr J. Gardias,
    Plaintiff(s),

v.

The California State University,
San Jose State University,
    Defendant(s).

C07 06242 HRL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 12/11/2007

                                                      _Piotr Gardias_
                                                      Signature

                                                      Counsel for _pro se_
                                                      (Plaintiff, Defendant or indicate "pro se")