# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**E-FILING**

Piotr J. Gardias,
         Plaintiff,

v.

The California State University,
              Defendant.

**ADR**

SUMMONS IN A CIVIL CASE

CASE NUMBER: C07 06242 HRL

TO: (Name and address of defendant)

Mary S. Cain-Simon, Deputy Attorney General
1515 Clay Street, Suite 2000
Oakland, CA 94612-0550

**Filed**

DEC 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 12/11/7

(BY) DEPUTY CLERK