| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| PIOTR J. GARDIAS<br>72 FLOYD ST.<br>SAN JOSE CA 95110 | 408-295-6531<br><br>Ref. No. or File No. | **Filed**<br>DEC 2 [?] 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE, CALIFORNIA |
| ATTORNEY FOR | | |
| Insert name of court and name of judicial district and branch if any. | | |

| SHORT TITLE OF CASE: | | | | |
|---|---|---|---|---|
| GARDIAS VS CALIFORNIA STATE UNIVERSITY | | | | |
| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
| 063042 | | | | C07-06242 |

PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

   SUMMONS & COMPLAINT
   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
   ADR INSTRUCTIONS
   NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE
   GENERAL ORDER NO. 40 PROHIBITION OF BIAS
   GENERAL ORDER NO. 53 PRIVACY
   JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
   NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS
   INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR
   PROCESS (ADR LOCAL RULE 3-5)
   ADR DISPUTE RESOLUTION PROCEDURES
   LEGAL PURSUIT, INC. COVER LETTER
   MOTION TO CONSOLIDATE

2. a. PARTY SERVED: CALIFORNIA STATE UNIVERSITY
      c/o Mary S. Cain-Simon, Deputy Attorney General

   b. PERSON SERVED: CAROL HINOL
      TITLE: Authorized to Accept Service

   c. ADDRESS: GENERAL
      1515 CLAY ST SUITE 2000
      OAKLAND CA 94612

3. I SERVED THE PARTY NAMED IN ITEM 2
   a. BY PERSONALLY DELIVERING THE COPIES ON 12/19/07 AT 8:56AM

LEGAL PURSUIT, INC.
99 NORTH FIRST STREET
SAN JOSE, CA 95113
408-288-4105  FAX 408-885-9577

d. Registered California process server
(1) [  ] Employee or [ X ] Independent Contractor
(2) Registration No. 822
(3) County: ALAMEDA
(4) Expiration: 11/2008

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 12/19/07                    > CONTINUED ON THE NEXT PAGE
                                  SIGNATURE _[signature]_

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| PIOTR J. GARDIAS<br>72 FLOYD ST.<br>SAN JOSE CA 95110 | 408-295-6531<br><br>Ref. No. or File No. | |
| ATTORNEY FOR | | |
| Insert name of court and name of judicial district and branch if any. | | |
| SHORT TITLE OF CASE:<br>GARDIAS VS CALIFORNIA STATE UNIVERSITY | | |

| INVOICE NO.<br>063042 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>C07-06242 |
|---|---|---|---|---|

4.    THE "NOTICE TO THE PERSON SERVED" WAS COMPLETED AS FOLLOWS:

           ON BEHALF OF:   CALIFORNIA STATE UNIVERSITY
                           c/o Mary S. Cain-Simon, Deputy Attorney General


           UNDER OTHER: A GOVERNMENTAL AGENCY


5.    PERSON SERVING: ERIC RAILEY                FEE FOR SERVICE:$         .00
      CONFORMS TO JUDICIAL COUNCIL FORM #982 (a) (23)


LEGAL PURSUIT, INC.                d.  Registered California process server
99 NORTH FIRST STREET              (1) [ ] Employee or [ X ] Independent Contractor
SAN JOSE, CA 95113                 (2) Registration No. 822
408-288-4105 FAX 408-885-9577      (3) County: ALAMEDA
                                   (4) Expiration: 11/2008

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 12/19/07                                    >    SIGNATURE  *[signed] Eric Railey*