FILED

IN THE UNITED STATES DISTRICT COURT

2007 DEC 21  A 9 35

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SAN JOSE DIVISION

| | |
|---|---|
| Piotr J. Gardias,<br>　　　　Plaintiff,<br>v.<br>San Jose State University,<br>　　　　Defendant. | Case No. **C07-06242HRL**<br><br>**Re: SERVICE**<br>Courtroom: 2.<br>Date: February 5, 2008. Time: 10:00 a.m.<br>Honorable Magistrate Judge Howard R. Lloyd |

Plaintiff asks Court for hearing with Legal Pursuit, Inc. regarding summons service and for ruling that service was proper. Plaintiff asks for hearing in time as above or earlier as per Court convenience.

In summons I wrote Ms. Cain-Simon's name and address as defendant. I do not know other defendant. Ms. Cain-Simon never told me that she is not authorized to accept summons (see attached summons).

Carol Hinol informed Legal Pursuit Inc that she is authorized to accept summons (please see proof of service).

Legal Pursuit Inc. did not give Ms. Cain-Simon the copy of new complaint as courtesy. If it is a true that Ms. Cain-Simon is not authorized to accept summons she should not use them. Therefore plaintiff also asks Court for sanctions against Ms. Cain-Simon.

DATE: December 21, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Piotr J. Gardias
　　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff Pro Se

Enclosures: 1. Proof of Service, 2 pages
　　　　　　2. Summons Case No. C07-06242
　　　　　　3. December 20, 2007 3:33 PM Email
　　　　　　4. December 20, 2007 8:41AM Email
Note: Plaintiff noticed the above emails at evening


Copy to: 1. Legal Pursuit Inc.
　　　　　2. Mary S. Cain-Simon Deputy Attorney General. Office of Attorney General.
　　　　　　　1515 Clay Street, Suite 2000. Oakland, Ca 94612.

1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| PIOTR J. GARDIAS<br>72 FLOYD ST.<br>SAN JOSE CA 95110 | 408-295-6531<br><br>Ref. No. or File No. | ORIGINAL FILED<br>DEC 2 0 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE CALIFORNIA |
| ATTORNEY FOR | | |
| Insert name of court and name of judicial district and branch if any. | | |
| SHORT TITLE OF CASE:<br>GARDIAS VS CALIFORNIA STATE UNIVERSITY | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 063042 | | | | C07-06242 |

PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

   SUMMONS & COMPLAINT
   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
   ADR INSTRUCTIONS
   NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE
   GENERAL ORDER NO. 40 PROHIBITION OF BIAS
   GENERAL ORDER NO. 53 PRIVACY
   JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
   NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS
   INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR LOCAL RULE 3-5)
   ADR DISPUTE RESOLUTION PROCEDURES
   LEGAL PURSUIT, INC. COVER LETTER
   MOTION TO CONSOLIDATE

2. a. PARTY SERVED: CALIFORNIA STATE UNIVERSITY
              c/o Mary S. Cain-Simon, Deputy Attorney General

   b. PERSON SERVED: CAROL HINOL
      TITLE: Authorized to Accept Service

   c. ADDRESS: GENERAL
              1515 CLAY ST SUITE 2000
              OAKLAND CA 94612

3. I SERVED THE PARTY NAMED IN ITEM 2
   a. BY PERSONALLY DELIVERING THE COPIES ON 12/19/07 AT 8:56AM

LEGAL PURSUIT, INC.
99 NORTH FIRST STREET
SAN JOSE, CA 95113
408-288-4105 FAX 408-885-9577

d. Registered California process server
(1) [  ] Employee or [ X ] Independent Contractor
(2) Registration No. 822
(3) County: ALAMEDA
(4) Expiration: 11/2008

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 12/19/07                                    > CONTINUED ON THE NEXT PAGE
                                                  SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| PIOTR J. GARDIAS<br>72 FLOYD ST.<br>SAN JOSE CA 95110 | 408-295-6531<br><br>Ref. No. or File No. | |
| ATTORNEY FOR | | |
| Insert name of court and name of judicial district and branch if any. | | |
| SHORT TITLE OF CASE:<br>GARDIAS VS CALIFORNIA STATE UNIVERSITY | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 063042 | | | | C07-06242 |

4.  THE "NOTICE TO THE PERSON SERVED" WAS COMPLETED AS FOLLOWS:

    ON BEHALF OF:  CALIFORNIA STATE UNIVERSITY
                   c/o Mary S. Cain-Simon, Deputy Attorney General

    UNDER OTHER: A GOVERNMENTAL AGENCY

5.  PERSON SERVING: ERIC RAILEY                    FEE FOR SERVICE:$      .00
    CONFORMS TO JUDICIAL COUNCIL FORM #982 (a) (23)


LEGAL PURSUIT, INC.                d.  Registered California process server
99 NORTH FIRST STREET              (1) [ ] Employee or [ X ] Independent Contractor
SAN JOSE, CA 95113                 (2) Registration No. 822
408-288-4105 FAX 408-885-9577      (3) County: ALAMEDA
                                   (4) Expiration: 11/2008

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 12/19/07                        >
                                        SIGNATURE  _____

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Piotr J. Gardias,
     Plaintiff,

ADR

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

The California State University
          Defendant

C07 06242 HRL

ORIGINAL FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

TO: (Name and address of defendant)

Mary S. Cain-Simon, Deputy Attorney General
1515 Clay Street, Suite 2000.
Oakland, CA 94612-0550.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Piotr J. Gardias
72 Floyd Street,
San Jose, CA 95110.

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 12/11/7

(BY) DEPUTY CLERK

## Piotr Gardias

**From:** Mary CainSimon [Mary.CainSimon@doj.ca.gov]
**Sent:** Thursday, December 20, 2007 3:33 PM
**To:** Piotr Gardias
**Subject:** Re: SUMMONS NEW CASE No C07-06242

Mr. Gardias-- You previously demonstrated your understanding of the concept of service of the summons, when you served your other lawsuits on CSU at its Long Beach office.

If you have forgotten or are confused about what to do, perhaps you can review your records. You have properly effected service on a number of occasions. This time, you have not.

Legal Analyst Carol Hinol, who is employed by the DOJ in our Oakland office, received your papers but did not accept service of the summons for CSU. She is not authorized to do so. You cannot effect service of a summons and complaint on my client by delivering a copy of your papers to Carol Hinol. I appreciate that you gave me a courtesy copy of the new complaint you filed.

Mary Cain-Simon

>>> Piotr Gardias <piotr.gardias@sjsu.edu> 12/20/2007 12:23 AM >>>
Ms. Cain-Simon:

I am writing to you again because your statement "There was no need for you to have my courtesy copy hand-delivered" is vague to me".
Please explain me why Ms. Carol Hinol is authorized to accept summons for CSU but you not?

Piotr Gardias

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.503 / Virus Database: 269.17.5/1190 - Release Date: 12/19/2007 7:37 PM


**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.


No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.17.5/1191 - Release Date: 12/20/2007 2:14 PM

12/20/2007

**Piotr Gardias**

| | |
|---|---|
| From: | Mary CainSimon [Mary.CainSimon@doj.ca.gov] |
| Sent: | Thursday, December 20, 2007 8:41 AM |
| To: | piotr.gardias@sjsu.edu |
| Subject: | Re: SUMMONS NEW CASE No C07-06242 |

Mr. Gardias, as you well know, my office did not accept service of the summons. We received your papers. You are not relieved from the obligation to serve my client, as my client has not authorized the Attorney General to accept service of a summons. You have previously demonstrated your awareness of this concept. Perhaps you have forgotten. Please do not expect me to engage in further colloquoy with you on this point.

Mary Cain-Simon

>>> Piotr Gardias <piotr.gardias@sjsu.edu> 12/20/07 12:23 AM >>>
Ms. Cain-Simon:

I am writing to you again because your statement â There was no need for
you to have my courtesy copy hand-deliveredâ   is vague to meâ  .
Please explain me why Ms. Carol Hinol is authorized to accept summons for CSU but you not?
. Piotr Gardias

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.503 / Virus Database: 269.17.5/1190 - Release Date: 12/19/2007 7:37 PM


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.17.5/1191 - Release Date: 12/20/2007 2:14 PM