IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Piotr J. Gardias,  )  Case No. **C07-06242HRL**
    Plaintiff,  )
v.  )  **Re: SERVICE**
San Jose State University,  )  Courtroom: 2.
    Defendant.  )  Date: February 5, 2008. Time: 10:00 a.m.
             )  Honorable Magistrate Judge Howard R. Lloyd

Plaintiff asks Court to disregard plaintiff's request dated December 21, 2007 Re: SERVICE Case No. C07-06242 HRL, because of the reason as below:

Plaintiff received Ms. Cain-Simon December 21, 2007 10:28 AM email which states as follows:

"Mr. Gardias, Inreached my client yesterday, and have been authorized to proceed with the new case. There is no need for you to effect service at the Long Beach office, where you served the previous summons. We will be filing a response to the new complaint.

Also, I received this morning your latest pleading and "request for sanctions." Since my client has instructed me to respond to the complaint, any issues regarding service of the summons will be moot."

Thus, Plaintiff assumes that plaintiff's service is proper for this Case of 2007 and in the same way plaintiff will serve the next Case in 2008.

DATE: December 26, 2007.

                                              Piotr J. Gardias
                                              Plaintiff Pro Se

Enclosures: 1. Ms. Cain-Simon's email December 2, 2007 10:28 AM

Copy to: 1. Legal Pursuit Inc.
         2. Mary S. Cain-Simon Deputy Attorney General. Office of Attorney General. 1515 Clay Street, Suite 2000. Oakland, Ca 94612.

1

## Piotr Gardias

**From:** Mary CainSimon [Mary.CainSimon@doj.ca.gov]
**Sent:** Friday, December 21, 2007 10:28 AM
**To:** Piotr Gardias
**Subject:** Re: SUMMONS NEW CASE No C07-06242

Mr. Gardias, Inreached my client yesterday, and have been authorized to proceed with the new case. There is no need for you to effect service at the Long Beach office, where you served the previous summons. We will be filing a response to the new complaint.

Also, I received this morning your latest pleading and "request for sanctions." Since my client has instructed me to respond to the complaint,any issues regarding service of the summons will be moot.

Mary Cain-Simon

>>> Piotr Gardias <piotr.gardias@sjsu.edu> 12/20/2007 12:23 AM >>>
Ms. Cain-Simon:

I am writing to you again because your statement "There was no need for you to have my courtesy copy hand-delivered" is vague to me".
Please explain me why Ms. Carol Hinol is authorized to accept summons for CSU but you not?

Piotr Gardias

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.503 / Virus Database: 269.17.5/1190 - Release Date: 12/19/2007 7:37 PM

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.17.6/1192 - Release Date: 12/21/2007 1:17 PM

12/26/2007