IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Piotr J. Gardias, )         Case No. **C07-06242 HRL**
    Plaintiff, )
v. )                         **RE: Defendant's Answer To Complaint**
San Jose State University, )
    Defendant. ) Courtroom: 2, Date: February 5, 2008. Time 1:30 p.m.
_____ ) Honorable Magistrate Judge Howard R. Lloyd

**Plaintiff's Request for Ruling that Defendant** Answer to each issue plaintiff specified in complaint Case No. **C07-06242 HRL** and submit documents requested in items 4, 5 and 8 in INDEX VII.2 attached to complaint. According to Bayer "There have been times . . .when Piotr has refused to talk to Managers, including his direct Manager, the Associate Director and myself, without Union representation." Adam Bayer decreased my job performance, promised publicly to give me these letters, however I never received them.

DATE: January 22, 2008

                                                  Piotr J. Gardias
                                                  Plaintiff Pro Se

Copy to: Mary S. Cain-Simon Deputy Attorney General. Office of Attorney General.
       1515 Clay Street, Suite 2000. Oakland, Ca 94612.