UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PIOTR J. GARDIAS,

        Plaintiff(s),

        v.

THE CALIFORNIA STATE UNIVERSITY,
SAN JOSE STATE UNIVERSITY,

        Defendant(s).
_____/

CASE NO. C07-06242 HRL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   04-01-2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| Mary S. Cain-Simon, Deputy Attorney General, State Bar No. 113083 (Mary.CainSimon@doj.ca.gov) | | | |
| State of California, Department of Justice, Office of the Attorney General, ERA Section | | | |
| 1515 Clay St., Ste. 2000, P.O.B. 70550, Oakland, CA 94612-0550; Tel: (510) 622-2119; Fax: (510) 622-2270 | | | |
| Attorneys for Defendant, The California State University, erroneously sued as San Jose State University | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: _____

                                                            Attorney for Plaintiff

Dated: 03-24-2008

                                                            /s/ Mary S. Cain-Simon, DAG
                                                            Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

**DECLARATION OF SERVICE BY OVERNIGHT COURIER**

Case Name:   Piotr J. Gardias v.
             The California State University, San Jose State University

Case No.:    Case No. C07-06242 HRL
             in the United States District Court, Northern Division of California

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1515 Clay Street, 20th Floor, Oakland, California 94612-1413.

On March 24, 2008, I served the attached **Notice of Need for ADR Phone Conference** by placing a true copy thereof enclosed in a sealed envelope with Golden State Overnight addressed as follows:

> Piotr J. Gardias
> 72 Floyd Street
> San Jose, CA  95110
>
> *Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 24, 2008, at Oakland, California.

/s/_____David B. Moss_____
DAVID B. MOSS

Declarant