UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   April 1, 2008                                  Time in Court: 7 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

---

**TITLE:** Piotr Gardias v. The California State University, San Jose State University
**CASE NUMBER**: C07-06242HRL
Plaintiff Attorney present: Piotr Gardias, in pro se
Defendant Attorney present: Mary Cain Simon, via telephone

---

**PROCEEDINGS: Case Management Conference**


Matter is continued to May 20, 2008 at 1:30 p.m.