**United States District Court**
For the Northern District of California

*E-FILED 4/1/2008*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C07-06242 HRL |
| Plaintiff, | **CLERK'S NOTICE (1) CONTINUING CASE MANAGEMENT CONFERENCE AND (2) SETTING DEADLINE FOR DEFENDANT'S CONSENT** |
| v. | |
| THE CALIFORNIA STATE UNIVERSITY, SAN JOSE STATE UNIVERSITY, | |
| Defendant. | |

PLEASE TAKE NOTICE THAT the initial case management conference has been continued to May 20, 2008, 1:30 p.m. in Courtroom 2, United States District Court, 280 South First Street, San Jose, California.

**No later than April 8, 2008**, defendant shall file either a (1) Consent to Proceed Before a United States Magistrate Judge; or (2) Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.

Dated:   April 1, 2008

/s/
Chambers of Magistrate Judge Howard R. Lloyd

**5:07-cv-6242 Notice has been electronically mailed to:**

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

**5:07-cv-6242 Notice has been delivered by other means to:**

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110