1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | MIGUEL A. NERI
Supervising Deputy Attorney General
3 | FIEL D. TIGNO
Supervising Deputy Attorney General
4 | MARY S. CAIN-SIMON (State Bar No. 113083)
Deputy Attorney General
5 | 1515 Clay Street, Suite 2000 ~ P. O. Box 70550
Oakland, CA 94612-0550
6 | Telephone: (510) 622-2119
Facsimile: (510) 622-2270
7 | E-mail: Mary.CainSimon@doj.ca.gov

8 | Attorneys for Defendant,
The California State University,
9 | erroneously sued as San Jose State University

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

14

15 | **PIOTR J. GARDIAS,**                Unconsolidated Case No. C07-06242 HRL

16 | Plaintiff,               **CONSENT TO PROCEED BEFORE A**
**UNITED STATES MAGISTRATE JUDGE**

17 | v.

Courtroom:    2
18 | **THE CALIFORNIA STATE UNIVERSITY,**   Judge:    Hon. Howard R. Lloyd
**SAN JOSE STATE UNIVERSITY,**

19

20 | Defendant.

21

22

23

24

25

26

27

28

Consent to Proceed Before a United States Magistrate Judge          Unconsolidated Case No. C07-06242 HRL

1    CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

3   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

4   proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

5   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

6   Dated:  April 8, 2008

7                                    Respectfully submitted,

8                                    EDMUND G. BROWN JR.
                                     Attorney General of the State of California
9                                    MIGUEL A. NERI
                                     Supervising Deputy Attorney General
10                                   FIEL D. TIGNO
                                     Supervising Deputy Attorney General

11

12

13                                   /S/        Mary S. Cain-Simon
                                     MARY S. CAIN-SIMON
14                                   Deputy Attorney General

15                                   Attorneys for Defendant,
                                     The California State University,
16                                   erroneously sued as San Jose San University

17

18

19

20

21

22

23

24

25

26

27

28

Consent to Proceed Before a United States Magistrate Judge                Unconsolidated Case No. C07-06242 HRL

1

1        **DECLARATION OF SERVICE BY OVERNIGHT COURIER**

2   Case Name:    Piotr J. Gardias v.
                  The California State University, San Jose State University

3   Case No.:     Unconsolidated Case No. C07-06242 HRL
4                 in the United States District Court, Northern Division of California

5   I declare:

6   I am employed in the Office of the Attorney General, which is the office of a member of
    the California State Bar, at which member's direction this service is made.  I am 18 years of age
7   or older and not a party to this matter; my business address is 1515 Clay Street, 20th Floor,
    Oakland, California  94612-1413.
8

9   On April 8, 2008, I served the attached **CONSENT TO PROCEED BEFORE A UNITED
    STATES MAGISTRATE JUDGE** by placing a true copy thereof enclosed in a sealed envelope
10  with Golden State Overnight addressed as follows:

11              Piotr J. Gardias
                72 Floyd Street
12              San Jose, CA  95110

13              *Plaintiff in Pro Per*

14  I declare under penalty of perjury under the laws of the State of California the foregoing is true
    and correct and that this declaration was executed on April 8, 2008, at Oakland, California.
15

16

17
                            /s/        David B. Moss
18                          DAVID B. MOSS

19                          Declarant

20

21

22

23

24

25

26

27

28

Consent to Proceed Before a United States Magistrate Judge          Unconsolidated Case No. C07-06242 HRL