**United States District Court**
For the Northern District of California

**\*E-FILED 4/10/2008\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C07-06242 HRL |
|     Plaintiff, | **CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE CALIFORNIA STATE UNIVERSITY, SAN JOSE STATE UNIVERSITY, | |
|     Defendant. | |

PLEASE TAKE NOTICE THAT the case management conference set for May 20, 2008 has been continued to **June 10, 2008, 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California.

Dated:   April 10, 2008

                                                          /s/
                                     Chambers of Magistrate Judge Howard R. Lloyd

**5:07-cv-6242 Notice has been electronically mailed to:**

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

**5:07-cv-6242 Notice has been delivered by other means to:**

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110