# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   June 10, 2008                                    Time in Court: 6 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:** Piotr Gardias v. The California State University, San Jose State University
**CASE NUMBER**: C07-06242HRL
Plaintiff Attorney present: Piotr Gardias, in pro se
Defendant Attorney present: Mary Cain-Simon

---

**PROCEEDINGS:**   Case Management Conference


Matter is scheduled for a bench trial beginning April 7, 2009 with a pre-trial conference scheduled for March 31, 2009.

Court to issue written order.