**\*E-FILED 6/10/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C07-06242 HRL |
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| THE CALIFORNIA STATE UNIVERSITY, SAN JOSE STATE UNIVERSITY, | |
| Defendant. | |

On June 10, 2008, the parties appeared for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussion held at the Conference, the court orders as follows:

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

No ADR referral will be made in this matter.

The parties shall contact the chambers of Magistrate Judge Seeborg well in advance of the Pretrial Conference to arrange a Settlement Conference to take place just prior to the Pretrial Conference.

1   The following schedule shall apply to this case:
2   Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 1, 2008
3   Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 22, 2008
4   Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . November 5, 2008
5   Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 5, 2008
6   Last Day to File Dispositive Motions . . . . . . . . . . . . . . . . . . . . . . . . . December 23, 2008
7   Last Day for Hearing on Dispositive Motions . . . . . . . . . . January 27, 2009, 10:00 a.m.
8   Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 31, 2009, 1:30 p.m.
9   Bench Trial (estimated 3 days) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 7, 2009

Any motions to compel fact discovery must be filed no later than seven court days after the Fact Discovery Cutoff, and any motions to compel expert discovery must be filed no later than seven court days after the Expert Discovery Cutoff. (See Civ. L.R. 26-2).

Furthermore, the parties shall comply with the undersigned's Standing Order re: Pretrial Preparation with regard to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.[1]

IT IS SO ORDERED.

Dated:   June 10, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1]   Parties may obtain copies of all of this court's standing orders from the clerk of the court, or on the court's website (www.cand.uscourts.gov).

2

**5:07-cv-6242 Notice has been electronically mailed to:**

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

**Counsel is responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:07-cv-6242 Notice has been delivered by other means to:**

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110