**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



1515 CLAY STREET, 20TH FLOOR
P.O. BOX 70550
OAKLAND, CA 94612-0550

Public: (510) 622-2100
Telephone: (510) 622-2119
Facsimile: (510) 622-2270
E-Mail: Mary.CainSimon@doj.ca.gov

August 6, 2008

The Honorable Howard R. Lloyd
United States District Court
Northern District of California
Courtroom 2, 5th Floor
280 South 1st Street
San Jose, CA 95113

RE:  Piotr J. Gardias v. The California State University, San Jose State University
     United States District Court, Northern District of California, Case No. C07-06242 HRL

Your Honor:

    This letter will serve as the University's informal response to Mr. Gardias's request for an order that Defendant stop "harassing" plaintiff. Plaintiff has scheduled a hearing for August 12, 2008, claiming that he had a near fainting episode on June 24, 2008.

    Mr. Gardias has not proffered any description of the conduct which he is seeking to have restrained. He merely states that he wishes to obtain a restraining order against Adam Bayer and Scott Anderson, without explaining what has prompted this request. Without understanding why Mr. Gardias is seeking a restraining order, the University cannot formulate a detailed response.

    In view of Mr. Gardias's claim of harassment, though, the court should be made aware that Adam Bayer bears responsibility as Mr. Gardias's supervisor for performing the staff performance reviews for the Building Service Engineers. It is also Mr. Bayer's responsibility to oversee the unit for which Mr. Gardias works. When Mr. Bayer is unavailable, Scott Anderson serves as his alternate. Mr. Bayer has recently been required to meet with Mr. Gardias and to provide documentation to Mr. Gardias regarding job performance issues. During these meetings, Mr. Gardias has had the benefit of union representation. These meetings have included such topics as Mr. Gardias refusing to attend training classes (including Electrical Safety Training) and failure to perform assigned work in a timely fashion.

August 6, 2008
Page 2

Since Mr. Gardias has not provided any documentation or description of the behavior which he alleges is harassment, defendant can only conjecture that Mr. Gardias is seeking to interpose the court between himself and the management personnel who are ultimately accountable for getting building services and repairs done on time and within budget. This is not a basis for any sort of protective order for which this court may be properly petitioned.

Defendant respectfully requests that the hearing date of August 12, 2008 be taken off calendar, as Mr. Gardias has proffered no basis for a litigation-related limiting or protective order.

Sincerely,

MARY CAIN-SIMON
Deputy Attorney General

For   EDMUND G. BROWN JR.
      Attorney General

MCS:lmc

90090978.wpd