# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Piotr J. Gardias v. The California State University,
San Jose State University**

Case No.:    **C07-06242 HRL**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is P.O. Box 70550, Oakland, CA 94612-0550.

On <u>August 6, 2008</u>, I served the attached **Letter to the Honorable Howard R. Lloyd dated August 6, 2008** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

Piotr J. Gardias
72 Floyd Street
San Jose, CA  95110
Plaintiff

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 6, 2008, at Oakland, California.

|  |  |
|---|---|
| Shanja J. Madison | /s/ |
| Declarant | Signature |

90091041.wpd