IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Piotr J. Gardias, <br>     Plaintiff, <br><br> v. <br><br> San Jose State University, <br>     Defendant. | ) Consolidated Case No. C04-04086 HRL <br> ) and Case No. C07-06242 HRL <br> ) <br> ) <br> ) Plaintiff's Request for Orders to Stop <br> ) Harassment <br> ) Courtroom: 2, <br> ) Honorable Magistrate Judge Howard R. Lloyd |

Plaintiff noticed that on July 02, 2008 he had not properly asked Court to Order Defendant Stop Harassment Plaintiff. Plaintiff requests Court for Orders to Stop Harassment Plaintiff by Scott Anderson and Adam Bayer. Please see attached forms CH-100 Request for Orders to Stop Harassment – Exhibit A and B as well Exhibits C, D, E, from doctors.

DATE: August 07, 2008

                                                    Piotr J. Gardias
                                                    Plaintiff Pro Se

Copy to: Mary S. Cain-Simon Deputy Attorney General. Office of Attorney General
             1515 Clay Street, Suite 2000. Oakland, Ca 94612.

Enclosures: 1. Exhibit A
                 2. Exhibit B
                 3. Exhibit C
                 4. Exhibit D
                 5. Exhibit E

*Exhibit A*

# CH-100 — Request for Orders to Stop Harassment

*Clerk stamps date here when form is filed.*

**(1) Your name** *(person asking for protection):* Piotr J. Gardias

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*
72 Floyd Street
City: San Jose    State: CA    Zip: 95110
Your telephone number *(optional):* (408) 295-6531
Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):*
I am looking for lawyer

*Fill in court name and street address:*
~~Superior Court of California, County of~~
The United States District Court for the Northern District of California San Jose Division.

*Court fills in case number when form is filed.*
**Case Number:**

**(2) Name of person you want protection from:**
Scott Anderson

Describe the person: Sex: ☒ M  ☐ F  Weight: ___
Height: ___  Race: ___  Hair Color: ___
Eye Color: ___  Age: ___  Date of Birth: ___

Home Address *(if you know):* ___
City: ___    State: ___    Zip: ___
Work Address *(if you know):* San Jose State University
City: San Jose    State: CA    Zip: ___

**(3) Besides you, who needs protection?** *(Family or household members)*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 3—Describe Protected Persons" at the top of the page.

**(4) Why are you filing in this court?** *(Check all that apply):*
☐ The person in ② lives in this county.
☒ I was hurt (physically or emotionally) by the person in ② here.
☐ Other *(specify):* ___

**(5) How do you know the person in ②?** *(Describe):*
He is my Associate Director.

**This is not a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Orders to Stop Harassment**
(Civil Harassment)

CH-100, Page 1 of 4 →

| | Case Number: |
|---|---|
| Your name: *Piotr J. Gardias* | |

**(6)** Describe how the person in ② has harassed you: *See Medical Doctors evaluations Exhibits C, D and E.*
  a. Date of most recent harassment: *06/24/2008*
  b. Who was there? _____

  c. Did the person in ② commit any acts of violence or threaten to commit any acts of violence against you?
     ☐ Yes  ☐ No
     *If yes, describe those acts or threats:* _____

  d. Did the person in ② engage in a course of conduct that harassed you and caused substantial emotional distress? ☑ Yes  ☐ No
     *If yes, describe:* *See Exhibits C, D and E.*

  e. Did the conduct of the person in ② described above seriously alarm, annoy, or harass you? ☑ Yes  ☐ No

  ☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 6—Describe Harassment" at the top of the page.*

**Check the orders you want** ☑

**(7)** ☑ **Personal Conduct Orders**
  I ask the court to order the person in ② to **not** do the following things to me or anyone listed in ③ :
  a. ☑ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.
  b. ☑ Contact (either directly or indirectly), or telephone, or send messages or mail or e-mail.

  The person in ② will also be ordered not to take any action to get the addresses or locations of any protected persons, their family members, or their caretakers unless the court finds good cause not to make the order.

**(8)** ☑ **Stay-Away Orders**
  I ask the court to order the person in ② to stay at least *(specify):* *100* yards away from me and the people listed in ③ and the places listed below: *(Check all that apply):*
  a. ☑ My home
  b. ☑ My job or workplace
  c. ☐ My children's school or child care
  d. ☑ My vehicle
  e. ☐ Other *(specify):* _____

  If the court orders the person in ② to stay away from all the places listed above, will that person still be able to get to his or her home, school, or job? ☑ Yes  ☐ No
  *If no, explain:* _____

Your name: _Piotr J. Gardias_

Case Number: _____

**⑨ ☐ Others to Be Protected**
Should the other people listed in ③ also be covered by the orders described above?
☐ Yes   ☐ No   ☐ Does not apply
*If yes, explain:* _____
_____

**⑩ Order About Guns or Other Firearms**
I ask the court to order the person in ② to be prohibited from owning, possessing, purchasing, or receiving, or attempting to purchase or receive firearms **and** to sell or turn in any guns or firearms that he or she controls.

**⑪ ☐ Other Orders**
I ask the court to order the person in ② to *(specify):* _____
_____
_____

**⑫ ☑ Temporary Orders**
Do you want the court to make orders now on the matters listed in ⑦, through ⑪ that will last until the hearing? ☑ Yes   ☐ No
*If yes, explain why you need these orders right now:* _I need these orders right now to avoid worse injury — to protect my brain._

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 12—Temporary Orders" at the top of the page.*

**⑬ Delivery of Orders to Law Enforcement**
My lawyer or I will give copies of the orders to the following law enforcement agencies:
a. Name of Agency: _____
   Address: _____
   City: _____ State: _____ Zip: _____

b. Name of Agency: _____
   Address: _____
   City: _____ State: _____ Zip: _____

**⑭ ☐ Other Court Cases**
Have you ever asked any court for other restraining orders against the person in ②? ☐ Yes   ☑ No
*If yes, specify the counties and case numbers if you know them:* _I was not aware that stresses could create brain injury._

**This is not a Court Order.**

Your name: __Piotr J. Gardias__

Case Number:

⑮ ☑ **Time for Service**

You must have your papers personally served on (notify) the person in ② at least 5 days before the hearing, unless the court orders a different time for service. *(Form CH-135 explains "What Is Proof of Service?" Form CH-130 may be used to show the court that the papers have been served.)* If your papers cannot be served at least 5 days before the hearing and you need more time, explain why:

_____
_____

⑯ ☑ **No Fee for Filing**

I ask the court to waive the filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence. I am asking for a restraining order to stop this conduct.

⑰ ☐ **No Fee to Serve Orders**

I ask the court to order the sheriff or marshal to serve (notify) the person in ② about the orders for free because:
a. ☐ My request for orders is based on stalking; or
b. ☐ My request for orders is based on a credible threat of violence; or
c. ☐ I am entitled to a fee waiver.
*(If you are requesting free service of the orders based on a fee waiver, you must complete and file the Application for Waiver of Court Fees and Costs (Form FW-001).)*

⑱ ☑ **Lawyer's Fees and Costs**

I ask the court to order payment of my:
a. ☑ Lawyer's fees
b. ☑ Out-of-pocket expenses

The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
|      | $      |      | $      |
|      | $      |      | $      |
|      | $      |      | $      |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 18—Lawyer's Fees and Costs" at the top of the page.

⑲ **Additional Relief**

I ask the court for additional relief as may be proper.

⑳ Number of pages attached to this form, if any: __5 pages: Exhibits: C, D and E.__

Date: _____

_____    ▶ _____
Lawyer's name                        Lawyer's signature

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: __August 07, 2008__

__Piotr J. Gardias__    ▶ _[signature]_
Type or print your name        Sign your name

**This is not a Court Order.**


*Exhibit C*

**O'Connor Hospital**

```
                           57879512 GARDIAS, PIOTR
            MR:948311            EMD M      1/31/33
            DR.PENNER, MARK                 4/19/06
```

## PHYSICIAN PROGRESS RECORD

Spiro

| DATE | TIME | NOTE PROGRESS OF CASE COMPLICATIONS CHANGE IN DIAGNOSIS CONDITION ON DISCHARGE |
|---|---|---|
| 4/19/06 | | Medicine Consult |
| | | Anxiety Attack — DM+H |
| | | D/C home — CMZ |
| | | — RA |
| | | Full note dictated. |
| | | Meds |
| | | gleevac |
| | | fosamax |
| | | V/ Goonewardena all |
| | | ? abx |
| | | Soc Hx |
| | | married |
| | | lives c wife |
| | | ōtob/etoh |
| | | Fam Hx |
| | | ⊘ |

*Exhibit D page 1.*

## General Instructions with ExitWriter
### Regional Medical Center of San Jose
225 North Jackson Ave, San Jose, CA 95116 408-729-2841
06/24/2008 10:44

---

**Patient: GARDIAS, PIOTR**
MRN: Q484798    Acct#: Q00844286559
Sex: M   DOB: 01/31/1933   Age: 75y

Thank you for visiting the Regional Medical Center of San Jose-Emergency Department.
You have been evaluated today by Thomas M Fowler, MD for the following condition(s):

Near syncope. 12 lead EKG performed.

## INSTRUCTIONS
No strenuous activity. Rest. Do not work for two days. Drink plenty of fluids. Do not smoke. No alcohol.

**Warnings:** Further evaluation is necessary.
GENERAL WARNINGS: Return to the Emergency Department or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**Your Current Medications:** Continue current medications.

**OTC Medications:** Acetaminophen (available over the counter): take according to label instructions.

**Follow-up:**
Return to the emergency department. Follow up with your doctor tomorrow in one day.

Understanding of the discharge instructions verbalized by patient.

## ADDITIONAL INFORMATION

**NEAR-FAINTING: Uncertain Cause**
Fainting (syncope) is a temporary loss of consciousness ("passing out"). It occurs when blood flow to the brain is reduced. Near-fainting ("near-syncope") is like fainting, but you do not fully "pass out."

The common minor causes of near fainting include sudden fear, pain, emotional stress, overexertion, or quickly standing up after sitting or lying for a long time.

The more serious causes for near fainting are due to either a very slow or very fast heart beat,

*Exhibit D page 2.*

dehydration, anemia, blood loss, problems related to the heart, or taking too much high blood pressure medicine.

The exact cause of your episode is not certain. More tests may be required. Therefore, it is important that you follow up with your doctor as advised.

**Home Care:**
1) Rest today. Resume your normal activities as soon as you are feeling back to normal.

2) If you become light-headed or dizzy, lie down right away or sit with your head between your knees.

3) Because we do not know the exact cause of your near fainting spell, another spell could occur without warning. Therefore, do not drive a car or use dangerous equipment. **Do not** take a bath alone (use a shower instead). Do not swim alone. You can resume these activities when your doctor says that you are no longer in danger of having a near fainting spell.

**Follow up** with your doctor as instructed.

**Return Promptly** or contact your doctor if any of the following occur:
-- Another fainting spell occurs, and it is not explained by the common causes listed above
-- Chest, arm, neck, jaw, back or abdominal pain
-- Shortness of breath
-- Weakness, tingling or numbness in one side of the face, one arm or leg
-- Slurred speech, confusion, trouble walking or seeing
-- Seizure
-- Blood in vomit, stools (black or red color)
-- (In women) unexpected vaginal bleeding

*Exhibit D page 3*

# Activity Restrictions
### Regional Medical Center of San Jose
### Emergency Department
225 North Jackson Ave, San Jose, CA 95116 408-729-2841
06/24/2008 10:44

------------------------------

## Patient: GARDIAS, PIOTR

You have been given the following instructions regarding activity, work, and/or school.

No strenuous activity. Rest. Do not work for two days.

_____
Hospital Representative

Exhibit E

```
06/26/2008 08:02:12AM     1ST LANG: ENGLISH          ET: A    VISIT # 234456
                                                     HP: GOOD    MAIN R
MRN:                                                 
72 FLOYD ST                                          
            95110                                    ARR PUR: DRAMD
                                                     SEE PUR: SHURT
```

# San Jose Medical Group/ Good Samaritan Medical Group

**CERTIFICATE FOR RETURN TO SCHOOL OR WORK**

MEDICAL RECORD # _____

CUSTODIAN _____

NAME OF PATIENT: Bardias Piotr

COMPANY/SCHOOL: _____

THE ABOVE NAMED PATIENT HAS BEEN SEEN BY ME ON 6/26/08
FOR APPROVAL TO RETURN TO WORK/SCHOOL.

IS ABLE TO RETURN TO WORK/SCHOOL ON: post July 2/08

IS ABLE TO RETURN TO WORK/SCHOOL WITH THE FOLLOWING RESTRICTIONS:
Please Excuse pt from work due to several medical problems. Thanks.

Markee [illegible], M.D.
San Jose [illegible] Group
2585 Samaritan [illegible]
San Jose, CA 95124

M.D. DATE: 6/26/08

PHONE #: (408) 358-3003

*Exhibit B*

**CH-100** | **Request for Orders to Stop Harassment**

Clerk stamps date here when form is filed.

(1) Your name *(person asking for protection)*: Piotr J. Gardias

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead)*:
72 Floyd Street
City: San Jose   State: CA   Zip: 95110
Your telephone number *(optional)*: (408) 295-6531
Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number)*:
I am looking for lawyer

Fill in court name and street address:
~~Superior Court of California, County of~~
The United States District Court for the Northern District of California San Jose Division.

(2) Name of person you want protection from:
Adam Bayer

Describe the person: Sex: ☑ M ☐ F   Weight: _____
Height: _____  Race: _____  Hair Color: _____
Eye Color: _____  Age: _____  Date of Birth: _____

Court fills in case number when form is filed.
**Case Number:**

Home Address *(if you know)*: _____
City: _____  State: _____  Zip: _____
Work Address *(if you know)*: San Jose State University
City: San Jose   State: CA   Zip: _____

(3) Besides you, who needs protection? *(Family or household members)*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| _____ | _____ | _____ | ☐ Yes ☐ No | _____ |
| _____ | _____ | _____ | ☐ Yes ☐ No | _____ |
| _____ | _____ | _____ | ☐ Yes ☐ No | _____ |
| _____ | _____ | _____ | ☐ Yes ☐ No | _____ |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 3—Describe Protected Persons" at the top of the page.

(4) Why are you filing in this court? *(Check all that apply)*:
☐ The person in ② lives in this county.
☑ I was hurt (physically or emotionally) by the person in ② here.
☐ Other *(specify)*: _____

(5) How do you know the person in ②? *(Describe)*:
He is my Director

**This is not a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Orders to Stop Harassment**
(Civil Harassment)

CH-100, Page 1 of 4 →

Your name: _Piotr J. Gardias_

Case Number: _____

**(6)** Describe how the person in ② has harassed you: _See Medical Doctors evalutions Exhibits C, D and E._
   a. Date of most recent harassment: _06/24/2008_
   b. Who was there? _____

   c. Did the person in ② commit any acts of violence or threaten to commit any acts of violence against you?
      ☐ Yes  ☐ No
      *If yes, describe those acts or threats:* _____

   d. Did the person in ② engage in a course of conduct that harassed you and caused substantial emotional distress? ☑ Yes  ☐ No
      *If yes, describe:* _See Exhibits C, D and E._

   e. Did the conduct of the person in ② described above seriously alarm, annoy, or harass you? ☑ Yes  ☐ No

   ☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 6—Describe Harassment" at the top of the page.*

**Check the orders you want** ☑

**(7)** ☑ **Personal Conduct Orders**
   I ask the court to order the person in ② to **not** do the following things to me or anyone listed in ③:
   a. ☑ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.
   b. ☑ Contact (either directly or indirectly), or telephone, or send messages or mail or e-mail.
   The person in ② will also be ordered not to take any action to get the addresses or locations of any protected persons, their family members, or their caretakers unless the court finds good cause not to make the order.

**(8)** ☑ **Stay-Away Orders**
   I ask the court to order the person in ② to stay at least *(specify):* _100_ yards away from me and the people listed in ③ and the places listed below: *(Check all that apply):*
   a. ☑ My home                    d. ☑ My vehicle
   b. ☑ My job or workplace         e. ☐ Other *(specify):* _____
   c. ☐ My children's school or child care

   If the court orders the person in ② to stay away from all the places listed above, will that person still be able to get to his or her home, school, or job? ☑ Yes  ☐ No
   *If no, explain:* _____

**This is not a Court Order.**

Your name: **Piotr J. Gardias**

Case Number: _____

**(9) ☐ Others to Be Protected**
Should the other people listed in ③ also be covered by the orders described above?
☐ Yes  ☐ No  ☐ Does not apply
*If yes, explain:* _____

**(10) Order About Guns or Other Firearms**
I ask the court to order the person in ② to be prohibited from owning, possessing, purchasing, or receiving, or attempting to purchase or receive firearms **and** to sell or turn in any guns or firearms that he or she controls.

**(11) ☐ Other Orders**
I ask the court to order the person in ② to *(specify):* _____

**(12) ☑ Temporary Orders**
Do you want the court to make orders now on the matters listed in ⑦, through ⑪ that will last until the hearing? ☑ Yes  ☐ No
*If yes, explain why you need these orders right now:* **I need these orders right now to avoid worse injury — to protect my brain.**

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 12—Temporary Orders" at the top of the page.*

**(13) Delivery of Orders to Law Enforcement**
My lawyer or I will give copies of the orders to the following law enforcement agencies:
a. Name of Agency: _____
Address: _____
City: _____ State: _____ Zip: _____

b. Name of Agency: _____
Address: _____
City: _____ State: _____ Zip: _____

**(14) ☐ Other Court Cases**
Have you ever asked any court for other restraining orders against the person in ②? ☐ Yes ☑ No
*If yes, specify the counties and case numbers if you know them:* **I was not aware that stresses could create brain injury.**

**This is not a Court Order.**

Your name: **Piotr J. Gardias**

Case Number: _____

**(15) ☑ Time for Service**
You must have your papers personally served on (notify) the person in ② at least 5 days before the hearing, unless the court orders a different time for service. *(Form CH-135 explains "What Is Proof of Service?" Form CH-130 may be used to show the court that the papers have been served.)* If your papers cannot be served at least 5 days before the hearing and you need more time, explain why:

_____
_____
_____

**(16) ☑ No Fee for Filing**
I ask the court to waive the filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence. I am asking for a restraining order to stop this conduct.

**(17) ☐ No Fee to Serve Orders**
I ask the court to order the sheriff or marshal to serve (notify) the person in ② about the orders for free because:
a. ☐ My request for orders is based on stalking; or
b. ☐ My request for orders is based on a credible threat of violence; or
c. ☐ I am entitled to a fee waiver.
*(If you are requesting free service of the orders based on a fee waiver, you must complete and file the Application for Waiver of Court Fees and Costs (Form FW-001).)*

**(18) ☑ Lawyer's Fees and Costs**
I ask the court to order payment of my:
a. ☑ Lawyer's fees
b. ☑ Out-of-pocket expenses
The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
|      | $      |      | $      |
|      | $      |      | $      |
|      | $      |      | $      |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 18—Lawyer's Fees and Costs" at the top of the page.

**(19) Additional Relief**
I ask the court for additional relief as may be proper.

**(20)** Number of pages attached to this form, if any: **5 pages: Exhibits C, D and E.**

Date: _____

Lawyer's name: _____    ▶ Lawyer's signature: _____

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: **August 07, 2008**

**Piotr J. Gardias**    ▶ *[signature]*
Type or print your name         Sign your name

**This is not a Court Order.**

*Exhibit C*

O'Connor Hospital

```
                              57879512 GARDIAS, PIOTR
                     MR:948311          EMD M    1/31/33
                     DR.PENNER, MARK              4/19/06
```

**PHYSICIAN PROGRESS RECORD**                                   Spiro

| DATE | TIME | NOTE PROGRESS OF CASE COMPLICATIONS CHANGE IN DIAGNOSIS CONDITION ON DISCHARGE |
|------|------|---|
| 4/19/06 | | Medicine Consult |
| | | Anxiety Attack                         MKH |
| | | D/C home                               CM2 |
| | |                                        RA |
| | | Full note dictated. |
| | |                                        Meds |
| | |                                        gleevac |
| | |              [signature]               fosamax |
| | | |
| | |         1/ Gocnewardena               all |
| | |                                        ? abx |
| | | |
| | |                                        Soc Hx |
| | |                                        married |
| | |                                        lives ē wife |
| | |                                        0 tob/etoh |
| | | |
| | |                                        Fam Hx |
| | |                                        ∅ |

NUR-126 (1/4/02)                                          PROGRESS RECORD

*Exhibit D page 1.*

## General Instructions with ExitWriter
### Regional Medical Center of San Jose
225 North Jackson Ave, San Jose, CA 95116 408-729-2841
06/24/2008 10:44

---

**Patient: GARDIAS, PIOTR**
MRN: Q484798   Acct#: Q00844286559
Sex: M   DOB: 01/31/1933   Age: 75y

Thank you for visiting the Regional Medical Center of San Jose-Emergency Department.
You have been evaluated today by Thomas M Fowler, MD for the following condition(s):

Near syncope. 12 lead EKG performed.

## INSTRUCTIONS
No strenuous activity. Rest. Do not work for two days. Drink plenty of fluids. Do not smoke. No alcohol.

**Warnings:** Further evaluation is necessary.
GENERAL WARNINGS: Return to the Emergency Department or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**Your Current Medications:** Continue current medications.

**OTC Medications:** Acetaminophen (available over the counter): take according to label instructions.

**Follow-up:**
Return to the emergency department. Follow up with your doctor tomorrow in one day.

Understanding of the discharge instructions verbalized by patient.

## ADDITIONAL INFORMATION

### NEAR-FAINTING: Uncertain Cause
Fainting (syncope) is a temporary loss of consciousness ("passing out"). It occurs when blood flow to the brain is reduced. Near-fainting ("near-syncope") is like fainting, but you do not fully "pass out."

The common minor causes of near fainting include sudden fear, pain, emotional stress, overexertion, or quickly standing up after sitting or lying for a long time.

The more serious causes for near fainting are due to either a very slow or very fast heart beat,

*Exhibit D page 2.*

dehydration, anemia, blood loss, problems related to the heart, or taking too much high blood pressure medicine.

The exact cause of your episode is not certain. More tests may be required. Therefore, it is important that you follow up with your doctor as advised.

**Home Care:**
1) Rest today. Resume your normal activities as soon as you are feeling back to normal.

2) If you become light-headed or dizzy, lie down right away or sit with your head between your knees.

3) Because we do not know the exact cause of your near fainting spell, another spell could occur without warning. Therefore, do not drive a car or use dangerous equipment. **Do not** take a bath alone (use a shower instead). Do not swim alone. You can resume these activities when your doctor says that you are no longer in danger of having a near fainting spell.

**Follow up** with your doctor as instructed.

**Return Promptly** or contact your doctor if any of the following occur:
-- Another fainting spell occurs, and it is not explained by the common causes listed above
-- Chest, arm, neck, jaw, back or abdominal pain
-- Shortness of breath
-- Weakness, tingling or numbness in one side of the face, one arm or leg
-- Slurred speech, confusion, trouble walking or seeing
-- Seizure
-- Blood in vomit, stools (black or red color)
-- (In women) unexpected vaginal bleeding

*Exhibit D page 3*

## Activity Restrictions
### Regional Medical Center of San Jose
### Emergency Department
225 North Jackson Ave, San Jose, CA 95116 408-729-2841
06/24/2008 10:44

---

**Patient: GARDIAS, PIOTR**

You have been given the following instructions regarding activity, work, and/or school.

No strenuous activity. Rest. Do not work for two days.

_____
Hospital Representative

Exhibit E

06/26/2008 09:02:12AM    1ST LANG: ENGLISH    ET: A    VISIT # 2344964

MRN: ...    72 FLOYD ST    95110    ARR FOR: DRAMO



# San Jose Medical Group/ Good Samaritan Medical Group

**CERTIFICATE FOR RETURN TO SCHOOL OR WORK**

MEDICAL RECORD # _____

CUSTODIAN _____

NAME OF PATIENT: Bardias Piotr

COMPANY/SCHOOL: _____

THE ABOVE NAMED PATIENT HAS BEEN SEEN BY ME ON 6/26/08 FOR APPROVAL TO RETURN TO WORK/SCHOOL.

IS ABLE TO RETURN TO WORK/SCHOOL ON: prob. July 2/08

IS ABLE TO RETURN TO WORK/SCHOOL WITH THE FOLLOWING RESTRICTIONS:
Please Excuse H from work due to personal medical problems. Thanks.

Market ___, M.D.
San Jose ___ Group
2585 Samaritan ___
San Jose, CA 95124

M.D. DATE: 6/26/08

PHONE # (408) 258-3003