The Proof, Service by Fax 08/07/2008   Piotr Gardias
Piotr Gardias

```
             TRANSMISSION VERIFICATION REPORT

                                          TIME  : 08/07/2008 16:22
                                          NAME  : FEDEX KINKOS 2901
                                          FAX   : 4082790655
                                          TEL   : 4082954336
                                          SER.# : 000D7J526525
```

FILED
2008 AUG -8  A 9 23

```
DATE,TIME           08/07 16:18        RICHARD W. WIEKING
FAX NO./NAME        15106222270              CLERK
DURATION            00:03:47          U.S. DISTRICT COURT
PAGE(S)             13                NO. DIST. OF CA. S.J.
RESULT              OK
MODE                STANDARD
                    ECM
```



# Fax Cover Sheet

FedEx Kinko's of San Jose, CA 95112    Telephone: 408.295.4336   Fax: 408.279.0655

Date: August 07, 2008                  Number of pages: 15 (including cover page)

**To:**                                **From:**

Name: Mary Cain-Simon                  Name: Piotr Gardias

Company: Office of Attorney General    Company: _____

Telephone: _____                Telephone: (408) 295-6531

Fax: (510) 622-2270

Comments: 1) Plaintiff's Request for Orders to Stop Harassment – August 07, 2008 – 1 page
2) Exhibit A – 4 pages
3) Exhibit B – 4 pages
4) Exhibit C – 1 page
5) Exhibit D – 3 pages
6) Exhibit E – 1 page
Total 14 pages

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Piotr J. Gardias,<br>   Plaintiff,<br><br>v.<br>San Jose State University,<br>   Defendant. | ) Consolidated Case No. **C04-04086 JRL**<br>)   and Case No. **C07-06242 HRL**<br>)<br>) Plaintiff's Request for Orders to Stop<br>)    Harassment<br>) Courtroom: 2,<br>) Honorable Magistrate Judge Howard R. Lloyd |

Plaintiff noticed that on July 02, 2008 he had not properly asked Court to Order Defendant Stop Harassment Plaintiff. Plaintiff requests Court for Orders to Stop Harassment Plaintiff by Scott Anderson and Adam Bayer. Please see attached forms CH-100 Request for Orders to Stop Harassment – Exhibit A and B as well Exhibits C, D, E, from doctors.

DATE: August 07, 2008

                  _____
                  Piotr J. Gardias
                  Plaintiff Pro Se

Copy to: Mary S. Cain-Simon Deputy Attorney General. Office of Attorney General
    1515 Clay Street, Suite 2000. Oakland, Ca 94612.

Enclosures: 1. Exhibit A
       2. Exhibit B
       3. Exhibit C
       4. Exhibit D
       5. Exhibit E