**ORIGINAL FILED**

AUG 1 1 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Piotr J. Gardias, ) | Consolidated Case No. C04-04086 HRL |
| Plaintiff, ) | and Case No. C07-06242 HRL |
| ) | Plaintiff's Requests Court to Hold August 08, 2008 |
| v. ) | Plaintiff's "Request for Orders to Stop Harassment" |
| San Jose State University, ) | for about a few days. |
| Defendant. ) | Courtroom: 2, |
| ) | Honorable Magistrate Judge Howard R. Lloyd |

Plaintiff received Court "Order Denying Plaintiff's Motion For a Restraining Order" [Docket No. 352} and needs a few days to correct "August 08, 2008 Plaintiff's "Request for Orders to Stop Harassment". Plaintiff must change page 2 of 4 of CH-100 form by adding declaration under oath and other information. Plaintiff assumes that form CH-100 Request for Orders to Stop Harassment is proper also to U.S. District Court. Therefore, plaintiff asks Court to hold this Motion for about a few days.

DATE: August 11, 2008

_____
Piotr J. Gardias
Plaintiff Pro Se

Copy to: Mary S. Cain-Simon Deputy Attorney General. Office of Attorney General
    1515 Clay Street, Suite 2000. Oakland, Ca 94612.