IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| Piotr J. Gardias, | ) | Case No. C07-06242 HRL |
| Plaintiff, | ) | **MOTION TO COMPEL** |
| v. | ) | Date: September 16, 2008, Time: 9:30 a.m. |
| San Jose State University, | ) | Courtroom: 2 |
| Defendant. | ) | Honorable Magistrate Judge Howard R. Lloyd |

Plaintiff asks Court to order defendant to submit to plaintiff a documents plaintiff
requested on July 5, 2008. See attached July 5, 2008 plaintiff's "Request for Documents
Production".

1. Plaintiff's answer to defendant's RESPONSE TO REQUEST NO. 1 (page 2):
   Plaintiff seeks information which is included in CSU SJSU employment documents.
   See attached blank Job Description. Defendant is aware that plaintiff had no ability to
   apply for position because position was not posted. Bayer reassigned (See Bayer's
   Assignments October 8, 2007 and February 12, 2008) Kym Bersuch.
   Plaintiff's right to privacy should be the same as other employees. Defendant has all
   documents regarding plaintiff's employments but plaintiff not.
2. Plaintiff's answer to Defendant's RESPONSE TO REQUEST NO. 2 (page 2):
   Defendant repeated the same statements as above and refused to produce documents.
   Defendant did not allow plaintiff discovery.
3. Plaintiff's answer to Defendant's RESPONSE TO REQUEST NO. 3 (page 3):
   The term "Two or Four" was created by Adam Bayer and is used in documents relating
   to Case No C07-06242 HRL. More, defendant took deposition from plaintiff re
   INDEX VII. 2 which also has documents with this term. See attached page1 of March
   10, 2008 Deposition Transcript's Changes and Correction by Piotr J. Gardias. Plaintiff
   does not believe that defendant suddenly lost memory and does not remember this term.
   Defendant submitted to me useless documents and created on or before April 2006
   while Bayer promised me letters after April 2006, see enclosure "6". Defendant
   submitted me September 24, 2007 Director John Skyberg's letter several times. During
   the deposition defendant expressed her discontent that I have positive opinion regarding
   Skyberg. It seems, defendant is not satisfied that Skyberg did not punish me for my
   daughter's phone calls to SJSU service desk when she had a car accident and when I
   was falsely accused of using fax machine without permission.

DATE: August 11, 2008

Piotr J. Gardias
Plaintiff Pro Se

Copy to: Mary S. Cain-Simon Deputy Attorney General. Office of Attorney General.
  1515 Clay Street, Suite 2000. Oakland, Ca 94612.
Encl.: 1. July 5, 2008 plaintiff's Request for Documents Production, 2. Defendant's
  July 29, 08 RESPONSE TO PLAINTIFF'S REQUEST, 3. Bayer's Assignments
  October 8, 2007 and February 12, 2008, 4. Page 1 of March 10, 2008 Deposition
  Transcript's Changes, 5. Blank Job Description, 6. June 22, 2007 plaintiff's letter
  to Adam Bayer re "Two or Four" letters.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| Piotr J. Gardias, | ) | Case No. **C07-06242 HRL** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **Request for Documents Production** |
| San Jose State University, | ) | |
| Defendant. | ) | |
| | ) | |

TO DEFENDANT MARY S. CAIN-SIMON:

PLAINTIFF HEREBY requests that Defendant submit to Plaintiff, as per **INITIAL DISCLOSURES, FRCP Rule 26 and 34 the following documents:**

1. All documents regarding reassigning Kym Bersuch from plumber supervisor to Facilities Project Supervisor. Do not send me October 8, 2007 Adam Bayer's letter re Assignment of Kym Bersuch as Facilities Project Supervisor.
2. All documents which Bayer used to justify the assignment Kym Bersuch to Facilities Project Supervisor: Kym Bersuch education, experience etc.
3. Two or Four letters which Adam Bayer Director promise give me and I never received them.

and serve the above documents upon Piotr J. Gardias, 72 Floyd Street, San Jose, Ca 95110 within 30 days under Rule 36 (a) of the Federal Rules of Civil Procedure.

DATED: July 5, 2008.

PIOTR J. GARDIAS
Plaintiff Pro Se

1  EDMUND G. BROWN JR.
     Attorney General of the State of California
2  MIGUEL A. NERI
     Supervising Deputy Attorney General
3  FIEL D. TIGNO
     Supervising Deputy Attorney General,
4  MARY S. CAIN-SIMON (State Bar No. 113083)
     Deputy Attorney General
5  1515 Clay Street, Suite 2000 ~ P. O. Box 70550
   Oakland, CA 94612-0550
6  Telephone:   (510) 622-2119
   Facsimile:   (510) 622-2270
7  E-mail:      Mary.CainSimon@doj.ca.gov

8  Attorneys for Defendant,
   The California State University,
9  erroneously sued as San Jose State University

10

11                IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14

15  **PIOTR J. GARDIAS,**                    Unconsolidated Case No. C07-06242 HRL

16                        Plaintiff,          **RESPONSE TO**
                                              **PLAINTIFF'S REQUEST**
17           v.                               **FOR DOCUMENTS PRODUCTION**

18  **THE CALIFORNIA STATE UNIVERSITY,**
   **SAN JOSE STATE UNIVERSITY,**
19
                          Defendant.
20

21  PROPOUNDING PARTY:       Piotr J. Gardias

22  RESPONDING PARTY:        California State University

23  SET:                     One

24

25

26

27

28

Response to Plaintiff's Request for Documents Production          Unconsolidated Case No. C07-06242 HRL

1    Defendant The California State University, also erroneously sued herein as San Jose

2  State University, hereby responds to Plaintiff's "Request for Documents Production"

3  dated July 5, 2008, and received by Defendant on July 7, 2008, as follows:

4                    **GENERAL OBJECTIONS**

5    Defendant's answers to Plaintiff's "Request for Documents Production" are subject

6  to the limitations and objections set forth in the specific responses and to the general limitations

7  and objections herein.

8    1.    Defendant objects to Plaintiff's "Request for Documents Production" to the extent

9  that they could be interpreted as calling for the production of privileged or protected information.

10  Defendant will not produce any information or documents which are protected by the

11  attorney-client privilege and/or the attorney work-product doctrine.  Inadvertent production of

12  any such information or documents shall not constitute a waiver of the privilege.

13    2.    Full or partial response shall not be deemed to be a waiver of any right of Defendant

14  to object to further production of such documents or other information.

15    3.    Defendant's response may not be deemed a waiver of any objection not set forth

16  which could be made to any portion of Plaintiff's discovery demands concerning the relevancy

17  of a document or the information set forth in a document, or any other matter involving

18  admissibility of such information or document at the trial of this action.

19    4.    Defendant's discovery response is provided without prejudice to the Defendant's rights

20  to present additional documents later obtained as a result of such investigation or discovery.

21    5.    Defendant objects to Plaintiff's "Request for Documents Production" to the extent

22  that the responses are more properly sought from parties or persons other than Defendant

23  and its employees and are obtainable from other sources that are more convenient,

24  less burdensome, and less expensive.

25    6.    Defendant objects to each of Plaintiff's "Request for Documents Production"

26  to the extent that they invade the privacy of Defendant's employees, and other persons including

27  other employees of the State of California.

28  ///

7.    All discovery responses set forth by this Defendant are limited by each of the foregoing general responses and objections, which are incorporated into each specific response by reference.

Defendant objects to Plaintiff's "Request for Documents Production" dated July 7, 2008 on the grounds that it is not properly addressed to Defendant.  Defendant further objects to this "Request for Documents Production" on the grounds that it is argumentative, compound, vague, and seeks immaterial information.  Without waiving these objections, Defendant further responds as follows:

**REQUEST NO. 1:**

"All documents regarding reassigned Kym Bersuch from plumber supervisor to Facilities Project Supervisor.  Do not send me October 8, 2007 Adam Bayer's letter re Assignment of Kym Bersuch as Facilities Project Supervisor."

**RESPONSE TO REQUEST NO. 1:**

Defendant objects to this request for production of documents on the grounds that it seeks information which is outside the scope of Plaintiff's claims, and is, therefore, not calculated to lead to the discovery of admissible evidence, in that plaintiff did not apply for the position of Facilities Project Supervisor.  Defendant furthermore objects to this document production request on the grounds that it seeks to violate Mr. Bersuch's right to privacy.  Based on these objections, Defendant will produce no records.

**REQUEST NO. 2:**

All documents which Bayer used to justify the assignment Kym Bersuch to Facilities Project Supervisor:  Kym Bersuch education, experience etc.

**RESPONSE TO REQUEST NO. 2:**

Defendant objects to this request for production of documents on the grounds that it seeks information which is outside the scope of Plaintiff's claims, and is therefore  not calculated to lead to the discovery of admissible evidence, in that Plaintiff did not apply for the position of Facilities Project Supervisor.  Defendant furthermore objects to this document production request on the grounds that it seeks to violate Mr. Bersuch's right to privacy.  Based on these objections,

1 | defendant will produce no records.

2 | **REQUEST NO. 3:**

3 |     Two or Four letters which Adam Bayer Director promise give me and I never received

4 | them.

5 | **RESPONSE TO REQUEST NO. 3:**

6 |     Defendant objects to this document production request on the grounds that it is vague and

7 | ambiguous.  Without waiving this objection, Defendant produces the documents which are bate-

8 | stamped AGO648-651, 1805, and 1906.

9 | ///

10 | ///

11 | ///

12 | ///

13 | Dated:  July  29, 2008

14 |

15 |                 Respectfully submitted,

16 |                 EDMUND G. BROWN JR.
Attorney General of the State of California
MIGUEL A. NERI
Supervising Deputy Attorney General
FIEL D. TIGNO
Supervising Deputy Attorney General

20 | MARY S. CAIN-SIMON
Deputy Attorney General

22 | Attorneys for Defendant,
The California State University,
erroneously sued as San Jose San University

# RESPONSE TO REQUEST NO. 3



## San José State
### U N I V E R S I T Y

**Facilities Development
and Operations**

One Washington Square
San José, CA 95192-0010
Voice: 408-924-1950
Service Desk: 408-924-1990
Fax: 408-924-1981
http://www.sjsu.edu

Associate Vice President:
Tony Valenzuela

Administrative Services

Facilities Management

Planning Design & Construction

September 24, 2004

To:        Piotr Gardias, BSE
           Facilities Maintenance

From:      John Skyberg, Director
           Facilities Maintenance and Construction Services

Subject:   Follow-up of our Meeting
           Misuse of Time, University Equipment, Emergency Calls, &
           Supervisor Notification

On August 16, 2004, 2:00 pm, Myself, Dan Cox, and your Union
representative Kym Bersuch, verbally had a discussion of three items.

Our first Discussion,
I have received a complaint from a customer who has stated that you have
been utilizing staff time, a fax machine and other office equipment to send
personal information to off campus locations.

On or about July 29 or 30, 2004, at 11:00 a.m. and again at 1:30 p.m., you
asked an individual in SPXE 85 to assist you in sending a multi page
document to the Department of Fair Employment and Housing. The
individual was very uncomfortable with assisting you. This customer has
also stated that the use of their phone book and fax machine has gone on for
over a year. He stated that the requests started as a favor but now have
grown in frequency and magnitude and he is now requesting that it stop.

This is a formal request that you cease from utilizing university equipment
and personnel to assist you in conducting any activity not directly related to
your daily job functions. Personal work is to be conducted on your own
time and at your own expense. You are required to perform the duties of
your position during your scheduled work hours.

Second Discussion,
As an employee you are required to inform your Supervisor Dan Cox,
anytime you are away from your work site or work duties during your
normal work schedule. Do not expect the person you are meeting with to
make all the arrangements. For example, you and your Union
Representative attended a meeting with the AVP for Facilities, Tony
Valenzuela. Your Supervisor was unaware of this meeting.

Third Discussion,
We had a lengthy discussion on what constitutes a family emergency and
the appropriate time to contact the service desk. As we indicated the Service
Desk receives many calls from our campus community. It is very difficult

The California State University:
Chancellor's Office
Bakersfield, Channel Islands, Chico,
Dominguez Hills, Fresno, Fullerton,
Hayward, Humboldt, Long Beach,
Los Angeles, Maritime Academy,
Monterey Bay, Northridge, Pomona,
Sacramento, San Bernardino, San Diego,
San Francisco, San José, San Luis Obispo,
San Marcos, Sonoma, Stanislaus

AGO-0648

for the service desk to take an emergency call from a family member who locked themselves out of the house.  You indicated you understand and will have family members utilize your number at your work station ( 408) 924-1979 or contact your supervisor at (408) 924 -1908 and leave a message. In case of an emergency please feel free to have your family contact the service desk at (408) 924-1990

Please make every effort to correct the concerns listed above.

Thank you for your cooperation.

Cc: .   Dan Cox
        Brad Davis
        Tony Valenzuela
        SETC Union Steward, David Ninnini

Daniel Cox                    To: jskyberg@sjsu.edu
08/04/04 09:51 AM             cc:
                              Subject: bse peter spx


----- Forwarded by Daniel Cox/SJSU on 08/04/2004 09:42 AM -----

"Patrick Finch" <pfinch@hup.sjsu.edu>
08/02/2004 02:09 PM

        To:      <danielcx@sjsu.edu>
        cc:
        Subject:        bse peter spx


Dan, I would like to inform you of a situation that has been going on for
the last year or maybe longer. One of your BSE'S  (Peter) comes
By  my office (spxe 85) from time to time requesting the use of my phone,
phone book and last Friday my fax machine.
   I was helping him send a document which turned out to be many pages
long. The connection or address wouldn't work so he called
The receiving party a couple times and we quit trying. This was around
11:00 am. He wanted to come back around 1:30 and try again
And I told him he should use the fax machine in the FD&O office (which he
did) The reason I'am contact you is that the documents seem
To be some sort of complaint or action from him to the fair employment
commission regarding some charges against SJSU about
Discrimination. I really do not want to be involved in something like
that. He comes in  the mornings and afternoons during work times
And sometimes when the office is very busy. This happens about once a
week, sometimes more. Today he was in to look up a number.
   I was just trying to friendly and help the man but this has become
bothersome. Could you relay a message to him to stop bothering
Us.

Thanks for your help in this matter
Pat finch
Dept. of human performance

AGO-0650



Cynthia Soto/SJSU                    To    John Skyberg/SJSU@SJSU
08/16/2004 10:24 AM                  cc    Daniel Cox/SJSU@SJSU
                                     bcc
                                Subject    Calls for Piotr

The service desk informed me today that we receive several phone calls a week for Piotr. Most of the calls have been about picking him up or not, and at other times more detailed messages. I was also informed that there have been days that the service desk will receive a few calls in one day to leave messages for him. All these calls are coming into the Service Desk line.

Today the service desk suggested to leave messages on the Supervisors phone, so in turn the messages can be given to Piotr. The person declined to be transferred.

Please let me know how you would like us to handle this in the future. As the start of school is approaching, the phone lines will be busy and taking detail messages for Piotr is not a priority. We understand that we may receive calls from family or friends for an emergency situation and have no problem in relaying these type of calls, but not daily messages.

Let me know what I can do to help and thank you,

Cynthia Soto
San Jose State University
Facilities Development and Operations
One Washington Square
San Jose, CA 95192-0010
(408) 924-1927



**San José State**
U N I V E R S I T Y
Facilities Development & Operations * One Washington Square * San Jose, CA 95192-0010 *
* Telephone: 408-924-1950 * Fax: 408-924-1981 *

Date:  4/24/06

To:    Piotr Gardias

From:  Scott Anderson

Re:    Memo of Concern

The purpose of this Memo is to clarify your responsibility to return telephone calls from your Manager in a prompt and responsible manner. It is not acceptable behavior to decline responding to your manager's telephone message and/or requests to meet.

On 4-21-06 at about 8 a.m. Electrical Supervisor Dan Jansen went to address a Trades/HVAC meeting led by Bob Filice. Upon arrival, you handed Dan Jansen your radio and said that you had been alerted by a number that you did not recognize. You indicated to Dan that you thought someone was playing a "prank". Dan determined that the person who had just called you was me. I asked Dan that you call me as soon as possible. Dan then asked you to call me. You refused to call me and asked that Bob Filice to take my call.

In the future, I expect that you return my calls in a timely manner. Should you refuse to return my calls you will be subject to corrective action.

AGO-1805

# Memorandum

*Rec 4/21/06*

To:      Piotr Gardias

CC:      Adam Bayer, Director of Energy and Utilities

         Terry Crisp,  Director of Administrative Services

From:    Scott Anderson

Date:    4/19/2006

Re:      Memo of Concern/Unauthorized Release Time

The purpose of this Memo is to clarify that that there is a process for obtaining release time at San Jose State University. You were observed at Human Resources on 4/19/06 at 09:00 to 09:15 A.M. with out obtaining the proper release time from your immediate supervisor Dan Cox or in his absence Bob Filice. Leaving your scheduled work place today during your Preventative Maintenance duties is unacceptable.

The Supervisors are required to schedule all work done on campus and can not have employees leaving their work site possibly leaving other employees having to wait for their return, in some instances this also could create an unsafe condition leaving someone on a ladder or confined space unattended.

In the future, I expect that you abide by the process of obtaining release time at San Jose State University and schedule it with your supervisor preferably a week in advance. Should you continue the practice of leaving your work site with out scheduling release time with your supervisor, you will be subject to additional disciplinary action.

Thank you in advance for your cooperation.
Scott Anderson

1

AGO-1916

1

## VERIFICATION

2      I, Maria Elena Rivera, state that except where stated as based upon information or belief,

3   I have personal knowledge of the matters set forth below.  As for that which is stated as based

4   upon information and belief, I believe it to be true.

5      I have reviewed the attached:

6   •   Response to Plaintiff's Request for Documents Production

7   The response is accurate, full, and complete to the best of my knowledge.

8   Executed this 24⁴ᵗʰ day of July, 2008, in the City of San Jose, County of Santa Clara,

9   State of California.

10

11                                    MARIA ELENA RIVERA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TOTAL P.06



**San José State**
U N I V E R S I T Y

October 8, 2007

TO:          All MEP Supervisors, Leads and Staff

FROM:        Adam Bayer, Director, Energy, Utilities and Engineering

RE:          Assignment of Kym Bersuch as Facilities Project Supervisor

Effective August 6, 2007 Kym has been assigned to the role of Facilities Project Supervisor, in this role Kym will work closely with the MEP Supervisors, Scott Anderson and the TMA Implementation Work Group implementing the Planning and Scheduling model of operations.

Key Objectives of Kyms assignment are to:

1.  Foster cross-functional collaboration and develop an effective teamwork environment within the EUE Department with respect to achieving a planning and scheduling model of operation as a means to achieve both department, and individual staff goals and objectives.

2.  Assist with the development and implementation of 52 week (annual) and long range Preventative Maintenance schedules for **all** trades, in all buildings and utilities maintained by EUE Department

3.  Develop EUE's materials inventory process, and staff ordering procedures.

4.  Assist in the development and implementation of management policies and procedures supporting operations and maintenance of campus building and utility systems.

Please extend to Kym your cooperation and thank you for your professionalism during this period of transition. I look forward to our continued contribution to Facilities Development and Operations and keeping the campus MEP systems operational.

Cc:   Tony Valenzuela
      Scott Anderson
      Chris Nordby
      Terry Crisp



**San José State**
U N I V E R S I T Y

February 12, 2008

TO:        Kym Bersuch

FROM:      Adam Bayer, Director, Energy, Utilities and Engineering

RE:        Temporary Reassignment to Project Supervisor

We are extending your temporary reassignment in the position of Project Supervisor to further our operational goals related to planning and scheduling, TMA implementation, and staff development. Retroactive to February 6, 2008, and for a period of 6 months you will work closely with me, Scott Anderson, the MEP supervisors, and MEP Facility Workers (in the MEP trades) to increase utilization of our staff and in planning and scheduling work. You assignment of August 6, 2007 remains, and your responsibilities are expanded as follows as identified below.

1. Foster cross-functional collaboration and develop an effective teamwork environment within the EUE Department with respect to achieving planning and scheduling goals and objectives and getting better utilization from existing staff. We want to promote single trade completion of work, when it is within classification in order to infuse pride of ownership into a job.
2. Taking a lead from the electric shop help the supervisors generate monthly "short haul" schedules that identify work orders to be completed for the next month.
3. Taking a lead from the electric shop assure each shop has in place a daily work schedule for each mechanic within the MEP trades.
4. Work with Scott and I to assure each FW-1 is rotated through the MEP shops on a regular basis such that we can assure the FW-1 employees are used equitably across each shop, and all are provided the opportunity to acquire the skills necessary to advance to the FW-2 level should the opportunity arise.
5. Foster the MEP SOP's, and ensure the quality, and accountability of each MEP trade staff member.
6. Assist with the development and implementation of 52 week (annual) and long range Preventative Maintenance schedules for all buildings and utilities maintained by EUE Department
7. Integrate EUE's building and utility services materials purchase and inventory process/procedures into the work order process such by reviewing and expanding or contracting materials in inventory with each MEP supervisor.
8. Assist in staff development with the shops by making regular site visits in the field with MEP supervisors to ascertain that trades are working safely and effectively.
9. Perform plumbing trade work orders as assigned.

You will continue to report directly to me for the duration of your temporary reassignment. During this reassignment your monthly compensation will be increased to **(a total of 8% over the course of the year long assignment)**.

This notice is in accordance with Article 20 of the agreement between the Board of Trustees of the California State University and the State Employees Trade Council.

Thank you for your professionalism during this period of transition and I look forward to your continued contribution to Facilities Development and Operations and working with you on a direct basis. Should you have any additional questions, you may contact me at 4-1971.

Cc:    Tony Valenzuela
       Scott Anderson
       Terry Crisp
       Personnel File

March 10, 2008 Deposition Transcript's Changes and Correction
by Piotr J. Gardias.

Note: Ms. Mary S. Cain-Simon did not bring documents to deposition, as promised to
Judge. I think it is the reason that I do not understand many sentences of deposition.

**Deposition Changes or Corrections. VOLUME II**

Ms. Cain-Simon's enclosures to Volume II
- Exhibit 2. Plaintiff's response to Defendant's California State University First Set of
  Interrogatories. 4 pages.
- Index I- 3 pages
- Index II – 2 pages
- Index III- 1 page
- Index IV – 2 pages
- Index V – 2 pages
- Index VII.1 - 5 pages
- Index VII.2 - 2 pages
- Constr. Insp. Requisition 011576 ( pages from 4 of 8 up to 7 of 8)
- September 28, 2004 P. Gardias' resume – 2 pages

Page/Line: 424/25
Changed/Corrected To: There is no doubt that Valenzuela, Bayer, Anderson, B. Davis,
                       Betty Luna, acted with prejudice against me. Brad Davis was
                       born in about 1974, Valenzuela (Mexican) was about 32 years
                       old when he came to SJSU from ENRON.

Page/Line: 425/4
Word or Phrase: Yes. Therefore, I gave.
Changed/Corrected To: Judge will decide. He told this in the Court.

Page/Line: 429/22, 23
Word or Phrase: Lines 22 and 23.
Changed/Corrected To: Betty Luna's declaration proves that Adam Bayer, William Shum
                       and other chosen applicants were not qualified for positions
                       which were granted.

Page/Line: 441/9 up to 11
Word or Phrase: Lines 9 up to 11.
Changed/Corrected To: Betty Luna proved that I was best qualified applicant for all
                       positions and that I was discriminated against. She proved also
                       that SJSU administrators created false accusation regarding my
                       communication skills to deny me promotions.

Page/Line: 447/8
Word or Phrase: graphic.
Changed/Corrected To: geography

1

**San José State**
U N I V E R S I T Y

# APPLICATION FOR EMPLOYMENT
## HUMAN RESOURCES SERVICE GROUP

Employment Services ▪ One Washington Square ▪ San José, CA 95192-0046          408-924-2250 ▪ 408-924-2257 (fax)

| Job Title | Requisition # |
|---|---|
|  |  |

## INSTRUCTIONS   Read prior to submitting the required application material.

1. Applications for posted vacancies must be received by 5:00 p.m. on the closing date.  Postmarks are not accepted.
2. Print in blue or black ink or type.
3. Indicate the job title and requisition number for which you are applying on the top of this application form.
4. All sections of the application must be completed.
5. Applications are evaluated on the basis of information provided.  Failure to provide sufficient information that shows evidence of meeting minimum qualifications will result in disqualification.
6. Submit this application with appropriate supporting documentation to the Human Resources Service Group.

## GENERAL INFORMATION

| Last Name: | First Name: | Middle Name: |
|---|---|---|

| Street Address: | City: | State: | Zip Code: |
|---|---|---|---|

Telephone Numbers:

| Home | Work | Message | Email |
|---|---|---|---|

Have you ever been employed at SJSU? ☐ Yes ☐ No          If yes, in what capacity: ☐ Faculty ☐ Staff ☐ Other:

If yes, provide dates:

Have you applied for admission to San José State University within the past 10 years? ☐ Yes ☐ No
If yes, provide last name, first name, and middle name used at time of application:

Have you been accepted as a student at San José State University within the past 10 years? ☐ Yes ☐ No
If yes, provide last name, first name, and middle name used at time of SJSU admission and enrollment:

**In accordance with the Immigration Reform and Control Act of 1986, proof of employment eligibility and identification are required at time of hire.  SJSU IS NOT A SPONSORING AGENT FOR STAFF POSITIONS.**

Are you currently authorized to work in the United States?  Yes ☐   No ☐
List any relatives who work for SJSU and the department in which they are employed.

| Name | Department | Relationship |
|---|---|---|
|  |  |  |

Best place and time to contact you:  ☐ Home _____ a.m. _____ p.m.          ☐ Work _____ a.m. _____ p.m.

If you are less than 18 years of age, can you provide required proof of your eligibility to work? ☐ Yes ☐ No

| Date available to work: | State your desired salary: |
|---|---|

You are available to work:  ☐ Full Time
                           ☐ Part Time (check): ☐ Mornings ☐ Afternoons ☐ Evenings
                           ☐ Temporary (dates available:  From:     /        To:     /     )

## HUMAN RESOURCES SERVICE GROUP USE ONLY

Processed:                                              SJSU Employee: ☐ Yes ☐ No  Unit:

Not Processed Based On:  ☐ Experience          ☐ Education          ☐ Required License/Certificate
                        ☐ Presentation Incomplete  ☐ Received After Deadline  ☐ Other:

Comment                  ☐ Notification          Date          Initials

**LICENSES/CERTIFICATIONS**   Include California Driver's License if required for position.

| Title | Date Issued | Date Expires | Number |
|---|---|---|---|
| | | | |
| | | | |

**EDUCATION**

| Educational Institution | Name and Address of Educational Institution | Course of Study | No. of Years Completed | Diploma/Degree |
|---|---|---|---|---|
| High School | | | | |
| Undergraduate College | | | | |
| Graduate/ Professional | | | | |
| Other (Specify) | | | | |

**SKILLS**   List any special skill/training relevant to the position for which you are applying.

**EMPLOYMENT HISTORY**   List all employment within the last ten years plus other related experience.  Military or volunteer experience, if job-related, may be included.

| Employer: | | From (Mo./Yr.) | To (Mo./Yr.) | Work Performed |
|---|---|---|---|---|
| Telephone: | | | | |
| Street Address: | | | | |
| City: | State: | Zip Code: | | |
| Job Title: | | Base Salary | | |
| | | Starting | Final/Current | |
| Supervisor's Name and Title: | | | | |
| Supervisor's Telephone (if different from number above): | | ☐ Full-Time ☐ Part-Time   Hrs/Wk | | Reason for Leaving |
| May we contact supervisor and/or employer?  ☐ Yes  ☐ No | | | | |

| Employer: | | From (Mo./Yr.) | To (Mo./Yr.) | Work Performed |
|---|---|---|---|---|
| Telephone: | | | | |
| Street Address: | | | | |
| City: | State: | Zip Code: | | |
| Job Title: | | Base Salary | | |
| | | Starting | Final | |
| Supervisor's Name and Title: | | | | |
| Supervisor's Telephone (if different than above): | | ☐ Full-Time<br>☐ Part-Time ___ Hrs/Wk | | Reason for Leaving |
| May we contact your supervisor and/or employer?  ☐ Yes  ☐ No | | | | |

| Employer: | | From (Mo./Yr.) | To (Mo./Yr.) | Work Performed |
|---|---|---|---|---|
| Telephone: | | | | |
| Street Address: | | | | |
| City: | State: | Zip Code: | | |
| Job Title: | | Base Salary | | |
| | | Starting | Final | |
| Supervisor's Name and Title: | | | | |
| Supervisor's Telephone (if different than above): | | ☐ Full-Time<br>☐ Part-Time ___ Hrs/Wk | | Reason for Leaving |
| May we contact your supervisor and/or employer?  ☐ Yes  ☐ No | | | | |

**COMMENTS**   Include explanation of any gaps in employment.

**ADDITIONAL INFORMATION**   Summarize special job-related skills and qualifications.

## SPECIALIZED SKILLS

Typing:          WPM          Indicate all computer hardware and operating systems with which you are proficient:
☐ DOS   ☐ Macintosh   ☐ Windows   ☐ Unix   ☐ Other:

Indicate all computer skills/software applications with which you are proficient:

| | | | |
|---|---|---|---|
| Word processing: | ☐ MS Word | ☐ Other: | |
| Spreadsheet:: | ☐ MS Excel | ☐ Lotus 1-2-3 | ☐ Other: |
| Database: | ☐ MS Access | ☐ FileMaker Pro | ☐ PeopleSoft  ☐ Other: |
| Desktop Publishing: | ☐ PageMaker | ☐ PowerPoint | ☐ Other: |
| Programming: | ☐ HTML | ☐ Other: | |
| Web Browsing: | ☐ Netscape | ☐ MS Internet Explorer   ☐ E-mail | ☐ Calendar Program   ☐ Other: |

## CRIMINAL HISTORY

Have you ever been convicted of a felony or, within the past five years, a misdemeanor which resulted in incarceration (add additional page if needed)?  Note: A conviction is not an automatic bar of employment; each case is considered on its individual merits.

☐ Yes   ☐ No

| Date of Conviction | Felony or Misdemeanor | Location of Conviction (City & State) | Describe Nature of Offense |
|---|---|---|---|
| | | | |
| | | | |

## REFERENCES   List three professional references that are not family members or personal friends.

| Name | Phone Number/E-mail | Occupation | Relationship |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## APPLICANT STATEMENT

With the submission of this application I understand and commit to the following:
- I certify that answers given herein in this application are true and complete and all statements in this application for employment are true and complete.
- I authorize investigation of all statements contained in this application, including salary and degree(s) for employment as necessary in arriving at an employment decision, and waive the right to hold the University and persons contacted liable.
- I understand job-related background checks will be completed before appointment or promotion and my signature on the application is my consent and authorization for the University or its authorized agent to conduct a background reference investigation related to the position for which I am applying.  I understand background reference checks may include criminal history, identity check, fingerprinting, or other background checks by law.
- If employed, I understand that any falsification of information on this application, resume, other application materials, or information provided during interview(s) may be cause for termination.
- I understand that I am required to abide by all rules, regulations, and standards of the University.
- I understand that if I apply electronically, the submission of my application will be considered to represent my signature below and I may be asked to sign a hard copy of the application form at a later date.

Signature: _____        Date: _____

---

- Employees with access to confidential employee data in PeopleSoft or any other computerized information system must sign a data confidentiality agreement acknowledging that they understand requirements for protecting confidential employee data.
- The San José State University *Safety 101 Uniform Campus Crime and Security Report* is available to applicants. You may request a copy of this annual safety report by contacting the University Police Department at (408) 924-2222 or visiting the website at http://www.sjsu.edu/safetyreport.

"SJSU is an Equal Opportunity/Affirmative Action employer committed to nondiscrimination on the basis of race, color, religion, national origin, sex, sexual orientation, gender status, marital status, pregnancy, age, disability, or covered veteran's status consistent with applicable federal and state laws.  Reasonable accommodations will be provided for applicants with disabilities who self disclose."

June 22, 2007
Adam Bayer, Director
Facilities, Development & Operation

Dear Mr. Bayer:

Re: Your promise to give me your two or four of letters

I still have not received your letters. _Changed "2006" to "2007"_ _Piotr Gardias August 06 2007_

During the June 13, 2006meeting with presence of my supervisors Bob Filice, John
Morse and my colleague Daryn Adams you promised to give me your two or four letters
which you created and sent to me after April 2006, maybe in November 2006. According
to you, these letters referred to my refuse to talk to Managers, including direct Manager
the Associate Director and yourself, without Union representative.

More than a week has passed and I have not received your letters. These letters are
important to me because you degraded my communication skills.

Respectfully,

_[signature]_

Piotr J. Gardias

Cc: 1. Bob Filice, Lead Supervisor _I have received a copy of this letter 6-22-07 Bob Fil_
    2. John Morse, Supervisor _I received a copy of this letter 6-22-07 [signature]_
    3. Daryn Adams    _Got it. DynAd 6-22-07_