FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

08 AUG 20  A 10: 18

RICHARD W. WIEKING
CLERK
US DISTRICT COURT
NO. DIST. OF CA S.J.

| | |
|---|---|
| Piotr J. Gardias, | ) Consolidated Case No. C04-04086 HRL |
| Plaintiff, | ) and Case No. C07-06242 HRL |
| | ) August 08, 2008 Plaintiff's "Request for Orders |
| v. | ) to Stop Harassment" |
| San Jose State University, | ) |
| Defendant. | ) Courtroom: 2, |
| | ) Honorable Magistrate Judge Howard R. Lloyd |

Plaintiff informs Court that according to August 11, 2008 plaintiff's motion to hold the Motion for about a few days, plaintiff prepared the necessary documents as follows:

Exhibit 0: Plaintiff's declaration re June 24, 08 Anxiety Attack with enclosures:
Exhibit C. April 19, 06 MD Mark Penner's evaluation. 1 page
Exhibit D: June 24, 08 MD Thomas M. Fowler's evaluation. 3 pages
Exhibit E: June 26, 08 MD Marketa Spiro's Certificate For Return To Work. 1 page
Exhibit F: August 19, 08 MD Marketa Spiro's letter re her June 26, 08 Certificate
    For Return To Work. 1 page
Exhibit G: April 19, 06 Scott Andersons' Memorandum. 1 page
Exhibit H: April 20. 06 Leroy Barnete's Report. 2 pages
Exhibit I: August 14, 08 MD Marketa Spiro's letter re high blood pressure and high
    blood pressure medication. 1 page
Exhibit J: August 15, 08 Cardiovascular Disease MD Michael M. Gold's letter
    re heart: "Normal Stress Echo". 1 page
Exhibit K: August 18, 08 Oncology & Hematology MD Peter Galatin's letter re anemia.
    1 page.

Plaintiff asks Court that the above documents would be accepted by Court to plaintiff's motion August 08, 2008 Plaintiff's "Request for Orders to Stop Harassment". Plaintiff slowly recovered from June 24, 08 anxiety attack and was not able to prepare motion properly on time.

DATE: August 20, 2008

_____
Piotr J. Gardias
Plaintiff Pro Se

Copy to: Mary S. Cain-Simon Deputy Attorney General. Office of Attorney General
    1515 Clay Street, Suite 2000. Oakland, Ca 94612.

Enclosures: Documents above listed.

Exhibit O

Plaintiff's declaration regarding June 24, 08 anxiety attack.
I, Piotr J. Gardias, declare:
I am employed at the California State University, San Jose campus as Building Service Engineer in FD&O.

1. On June 24, 2008, before 9:30 break, I was in SJSU FD&O building attached to Central Store.
2. Suddenly Associate Director Scott Anderson showed up and scared me by sudden yelling at me that I should not be there.
3. I showed him with one hand safety eye glasses and started drinking water from the container placed there.
4. While drinking water I heard Ms. Dona Duval's voice "Good Morning Scott". I did not hear Anderson's answer. He disappeared.
5. I was stressed. I went to Duncan Hall and worked during my break, trying to forget what had happened in order to avoid anxiety attack.
6. Ms. Duval told me later that Anderson had not answered her greeting.
7. Ms. Duval told me that she did not know where Anderson had appeared from. I did not know either.
8. I was not overexerted. I had no pain. I did not quickly stand up after sitting or lying for a long time. I had no blood loss.
9. I have no problems with my heart. See August 15, 08 Cardiovascular Disease M.D. Michel M. Gold's letter – Exhibit J.
10. I have no anemia. See August 18, 08 Onkology & Hematology M.D. Peter Galatin's letter – Exhibit K.
11. I was not dehydrated. I was lucky that Ms. Duval came and Scott escaped and I was able to drink water.
12. I am not taking high blood pressure medicine. See August 14, 2008 M.D. Marketa Spiro's letter – Exhibit I.

Executed this 20th of August, 2008, in the City of San Jose, County of Santa Clara, State of California. I declare the foregoing to be true and correct under penalty of perjury under the laws of the State of California and the United States of America.

Piotr Gardias,
Declarant

Encl.: Exhibit C. April 19, 06 MD Mark Penner's evaluation. 1 page
Exhibit D: June 24, 08 MD Thomas M. Fowler's evaluation. 3 pages
Exhibit E: June 26, 08 MD Marketa Spiro's Certificate For Return To Work. 1 page
Exhibit F: August 19, 08 MD Marketa Spiro's letter re her June 26, 08 Certificate For Return To Work. 1 page
Exhibit G: April 19, 06 Scott Andersons' Memorandum. 1 page
Exhibit H: April 20. 06 Leroy Barnete's Report. 2 pages
Exhibit I: August 14, 08 MD Marketa Spiro's letter re high blood pressure and high blood pressure medication. 1 page
Exhibit J: August 15, 08 Cardiovascular Disease MD Michael M. Gold's letter re heart: "Normal Stress Echo". 1 page
Exhibit K: August 18, 08 Oncology & Hematology MD Peter Galatin's letter re anemia.

*Exhibit C*


O'Connor Hospital

```
                            57879512 GARDIAS, PIOTR
                    MR:948311          EMD M    1/31/33
                    DR.PENNER, MARK             4/19/06
```

Spine

**PHYSICIAN PROGRESS RECORD**

| DATE | TIME | NOTE PROGRESS OF CASE, COMPLICATIONS, CHANGE IN DIAGNOSIS, CONDITION ON DISCHARGE |
|---|---|---|
| 4/19/06 | | Medicine Consult |
| | | Anxiety Attack — MKH |
| | | D/C home — GML / RA |
| | | Full note dictated. |
| | | Meds: aleevac, fosamax |
| | | 1/ Gocnewardena all ? abx |
| | | Soc Hx — married, lives ē wife, 1 ctob/etob |
| | | Fam Hx — ∅ |

PROGRESS RECORD

*Exhibit D page 1.*

## General Instructions with ExitWriter
**Regional Medical Center of San Jose**
225 North Jackson Ave, San Jose, CA 95116 408-729-2841
06/24/2008 10:44

--------------------------

**Patient: GARDIAS, PIOTR**
MRN: Q484798   Acct#: Q00844286559
Sex: M   DOB: 01/31/1933   Age: 75y

Thank you for visiting the Regional Medical Center of San Jose-Emergency Department.
You have been evaluated today by Thomas M Fowler, MD for the following condition(s):

Near syncope. 12 lead EKG performed.

## INSTRUCTIONS
No strenuous activity. Rest. Do not work for two days. Drink plenty of fluids. Do not smoke. No alcohol.

**Warnings:** Further evaluation is necessary.
GENERAL WARNINGS: Return to the Emergency Department or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**Your Current Medications:** Continue current medications.

**OTC Medications:** Acetaminophen (available over the counter): take according to label instructions.

**Follow-up:**
Return to the emergency department. Follow up with your doctor tomorrow in one day.

Understanding of the discharge instructions verbalized by patient.

## ADDITIONAL INFORMATION

### NEAR-FAINTING: Uncertain Cause
Fainting (syncope) is a temporary loss of consciousness ("passing out"). It occurs when blood flow to the brain is reduced. Near-fainting ("near-syncope") is like fainting, but you do not fully "pass out."

The common minor causes of near fainting include sudden fear, pain, emotional stress, overexertion, or quickly standing up after sitting or lying for a long time.

The more serious causes for near fainting are due to either a very slow or very fast heart beat,

*Exhibit D page 2.*

dehydration, anemia, blood loss, problems related to the heart, or taking too much high blood pressure medicine.

The exact cause of your episode is not certain. More tests may be required. Therefore, it is important that you follow up with your doctor as advised.

**Home Care:**
1) Rest today. Resume your normal activities as soon as you are feeling back to normal.

2) If you become light-headed or dizzy, lie down right away or sit with your head between your knees.

3) Because we do not know the exact cause of your near fainting spell, another spell could occur without warning. Therefore, do not drive a car or use dangerous equipment. **Do not** take a bath alone (use a shower instead). Do not swim alone. You can resume these activities when your doctor says that you are no longer in danger of having a near fainting spell.

**Follow up** with your doctor as instructed.

**Return Promptly** or contact your doctor if any of the following occur:
-- Another fainting spell occurs, and it is not explained by the common causes listed above
-- Chest, arm, neck, jaw, back or abdominal pain
-- Shortness of breath
-- Weakness, tingling or numbness in one side of the face, one arm or leg
-- Slurred speech, confusion, trouble walking or seeing
-- Seizure
-- Blood in vomit, stools (black or red color)
-- (In women) unexpected vaginal bleeding

*Exhibit D page 3*

# Activity Restrictions
### Regional Medical Center of San Jose
### Emergency Department
225 North Jackson Ave, San Jose, CA 95116 408-729-2841
06/24/2008 10:44

--------------------------------

### Patient: GARDIAS, PIOTR

You have been given the following instructions regarding activity, work, and/or school.

No strenuous activity. Rest. Do not work for two days.

_____
Hospital Representative

*Exhibit E*

06/26/2008 08:02:12AM    1ST LANG: ENGLISH         ET: A    VISIT # 234456...

MRN: ...                                                    ...31
72 FLOYD ST                              W#:              ARR FOR: DRAMO
...                  95110              P...             ...  SHORT
F...
...                                                        ...00

## San Jose Medical Group/ Good Samaritan Medical Group

**CERTIFICATE FOR RETURN TO SCHOOL OR WORK**

MEDICAL RECORD # _____

CUSTODIAN _____

_Gardias Piotr_
NAME OF PATIENT

_____
COMPANY/SCHOOL

THE ABOVE NAMED PATIENT HAS BEEN SEEN BY ME ON ___6/26/08___
FOR APPROVAL TO RETURN TO WORK/SCHOOL.                DATE

IS ABLE TO RETURN TO WORK/SCHOOL ON: ___next July 2/08___
                                              DATE

IS ABLE TO RETURN TO WORK/SCHOOL WITH THE FOLLOWING RESTRICTIONS: _____

Please Excuse pt from work
due to several medical problems
Thanks.

Marke... ..., M.D.
San Jos... ... Group
2585 Samari... ...
San Jose, CA 95124
                                    M.D.   DATE: _6/26/08_

PHONE # _(408) 258-3003_

**Exhibit F**

August 19, 2008

Re Piotr Gardias
DOB 1/31/1933

To whom it may concern:

Mr Piotr Gardias was seen here on 6/26/2008 for several medical problems and I issued a note for work to be excused till July 2, 2008. This form is a standard form used by San Jose Medical Group.
The line reading : is able to return to work with the following restrictions I use in general sense- If there are restrictions, then I list the restrictions, if there are none, then I just write able to return to work on such date.

I hope this clarify any possible misunderstandings
My release to work on July 2, 08 was meant to be to return to work without restrictions.

Sincerely,

Dr Spiro, Marketa
2585 Samaritan Dr
San Jose, Ca 95124
408- 278 3003

Apr 21 06 11:22a    Human Resources             408-924-2284            p.4

# Exhibit G
# Memorandum

*rec'd 4/21/06*

To:     Piotr Gardias

CC:     Adam Bayer, Director of Energy and Utilities

        Terry Crisp, Director of Administrative Services

From:   Scott Anderson

Date:   4/19/2006

Re:     Memo of Concern/Unauthorized Release Time

The purpose of this Memo is to clarify that that there is a process for obtaining release time at San Jose State University. You were observed at Human Resources on 4/19/06 at 09:00 to 09:15 A.M. with out obtaining the proper release time from your immediate supervisor Dan Cox or in his absence Bob Filice. Leaving your scheduled work place today during your Preventative Maintenance duties is unacceptable.

The Supervisors are required to schedule all work done on campus and can not have employees leaving their work site possibly leaving other employees having to wait for their return, in some instances this also could create an unsafe condition leaving someone on a ladder or confined space unattended.

In the future, I expect that you abide by the process of obtaining release time at San Jose State University and schedule it with your supervisor preferably a week in advance. Should you continue the practice of leaving your work site with out scheduling release time with your supervisor, you will be subject to additional disciplinary action.

Thank you in advance for your cooperation.
Scott Anderson

1

AGO-1916

April 20, 2006
08:10 AM.

Exhibit H page 1

To whom it may concern.

The following is my report of the meeting I attended on ~~April 20, 2006~~ 20 April 19, 2006 from 3:15 to 3:30 PM approximately. I attended this meeting as a witness for Piotr Gardias. He was unable to get anyone else to witness for him. Not a union representative or anyone associated with the union would attend. We were granted release time for this meeting by Bob Felice.

At the meeting Scott Anderson presented "A Letter of concern" to Piotr for him to read. The letter alleged that Piotr Gardias was in violation of the policy for obtaining release time to go to Human Resources to meet with Hanna Israel. The letter alleged he was there on 4/19/06 from 9:00 to 9:15 AM. Peter disputed the time. He said he was there at 9:30, our scheduled breaktime. He asked Scott Anderson if he could call Hanna Israel to verify the time of his visit with her. Scott let Piotr use his cell phone. Piotr called Hanna with the phone on loudspeaker. He asked her what time he was there. I then heard Hanna say it was 9:30 a.m. when he came to see her.

Exhibit H page 2

Piotr was very upset and so was I that he was falsely accused. We went back to our work site in the music auditorium while attempting to replace the fan guard on the supply fan I observed Piotr hyper-ventilating and close to tears. He was hyper-ventilating and trembling. I put a hand on his shoulder to calm him and told him to breathe.

This morning Piotr asked me to write this letter after informing that he had been taken to the hospital shortly after leaving me. He had an anxiety attack as a result of the meeting I witnessed with him and Scott Anderson.

Larry Barwith

April 20, 2006.

Exhibit I

August 14, 2008

Re Piotr Gardias
DOB 1/31/33
Address: 72 Floyd St, San Jose, Ca 95110

To whom it may concern;

Mr Piotr Gardias to my knowledge and per medical chart review never had high blood pressure and is not taking high blood pressure medications.

Marketa M Spiro, MD
2585 Samaritan Dr
San Jose, Ca 95124
408 – 278 3003

# Exhibit J

---

**MICHAEL M. GOLD, M.D., F.A.C.C.**
A PROFESSIONAL MEDICAL CORPORATION
CARDIOVASCULAR DISEASE
2585 SAMARITAN DRIVE, SUITE 303
SAN JOSE, CALIFORNIA 95124-4107
(408) 358-3458 • FAX (408) 356-6191

---

NAME _Gardias, Piotr_ DATE _8/15/08_ AGE ____

ADDRESS _____ CALIF.

℞ Normal Stress test
3/05/08

REFILL _____ TIMES

N.R. _____                          _____ M.D.

B.N.D.D. NO. AG 66 81096



400 Race Street • San Jose, CA 95126
(408) 278-3000   www.sanjosemed.com

Exhibit K

August 18, 2008

To whom it may concern:

Mr. Piotr Gardias is being followed by myself and my partners at San Jose Medical Group. He has been noted to have a very mild anemia for the last 2 years. This level of anemia is not low enough to cause any significant physical or mental problems. There is no known data linking the level of a person's red blood cells (whether he/she is anemic, and by how much) and his/her risk of having an anxiety attack. Thus, to be clear, Mr. Gardias' anemia had nothing to do with his anxiety attack.

Sincerely,

*[signature]*, MD, PhD

---

San Jose / Medical Group
OUR PATIENTS, OUR STRENGTH

Peter Galatin, M.D.
Oncology & Hematology

2585 Samaritan Drive • San Jose, CA 95124   www.sanjosemed.com
TEL: (408) 357-1060    FAX: (408) 357-1096

| Willow Glen Branch | McKee Branch | Good Samaritan Branch |
| --- | --- | --- |
| 625 Lincoln Avenue | 227 N. Jackson Avenue | 2585 Samaritan Drive |
| San Jose, CA 95126 | San Jose, CA 95116 | San Jose, CA 95124 |