IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Piotr J. Gardias, | ) Case No. **C07-06242 HRL** |
| Plaintiff, | ) **Motion To Compel re** |
| v. | ) **Defendant's September 4, 2008** |
| San Jose State University, | ) **NOTICE OF DEPOSITION** |
| Defendant. | ) Courtroom: 2. |
| | ) Honorable Magistrate Judge Howard R. Lloyd |

Plaintiff informs Court that received Ms. Cain-Simon's Notice of Deposition as well as her decision regarding deposition. Plaintiff opposes to this and requests as follows:

1. Ms. Cain-Simon already took deposition from plaintiff regarding Case No. C07-06242 HRL See attached the first page of March 10, 2008 Deposition Transcript's Changes and Correction by Piotr J. Gardias and Index VII.2

2. Ms. Cain-Simon uses depositions not for discovery but for changing evidences which are included in Index VII.2 and in EEOC Charge. All what I know is included in Index VII.2 and in EEOC Charge. **I recorded events at the time they occurred.** Thus, any my statement different than in document is not true and will be not true.
   If Court agrees to this additional deposition, plaintiff asks Court as follows:

3. **That Court schedule time similar to previous deposition and on the day** that plaintiff will be able to attend deposition,

4. That Ms. Cain-Simon gives plaintiff a copy of deposition transcript for correction **without requesting payment.**

6. That deposition is taken **in SJSU** as was previously. Plaintiff can not drive to Oakland.

7. That plaintiff is allowed to use dictionary and Index VII.2 and EEOC Charge during deposition. That plaintiff is not forced to answer questions not related to issues included in Index VII.2 and EEOC Charge.

DATED: September 9, 2008.

_Piotr Gardias_
Piotr J. Gardias
Plaintiff Pro SE

Copy to:  Ms. Cain-Simon Deputy Attorney General. Office of Attorney General.
          1515 Clay Street, Suite 2000. Oakland, Ca 94612.

Encl.: 1. Ms. Cain-Simon's letter and Notice of Deposition, 2. Ms. Cain-Simon's decision
       Regarding deposition, 3. March 10, 2008 Deposition.

*EDMUND G. BROWN JR.*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*



1515 CLAY STREET, 20TH FLOOR
P.O. BOX 70550
OAKLAND, CA 94612-0550

Public: (510) 622-2100
Telephone: (510) 622-2119
Facsimile: (510) 622-2270
E-Mail: Mary.CainSimon@doj.ca.gov

September 4, 2008

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

RE:    Piotr J. Gardias v. The California State University, San Jose State University
       United States District Court, Northern District of California, Case No. C07-06242 HRL

Dear Mr. Gardias:

Enclosed with this letter is a notice for your deposition for your most recent case. Since I cannot contact you during your work day, I have taken the liberty of scheduling your deposition for September 18, 2008, to take place at my office in Oakland. If that date is not convenient for you, please let me know at your earliest convenience. I am happy to re-schedule.

Sincerely,

MARY CAIN-SIMON
Deputy Attorney General

For    EDMUND G. BROWN JR.
       Attorney General

MCS:lmc
Enclosure

90092990.wpd

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  MIGUEL A. NERI
   Supervising Deputy Attorney General
3  FIEL D. TIGNO
   Supervising Deputy Attorney General
4  MARY S. CAIN-SIMON, State Bar No. 113083
   Deputy Attorney General
5   1515 Clay Street, 20th Floor
    P.O. Box 70550
6   Oakland, CA 94612-0550
    Telephone: (510) 622-2119
7   Fax: (510) 622-2270
    Email: Mary.CainSimon@doj.ca.gov
8
   Attorneys for Defendant,
9  The California State University

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14

| | |
|---|---|
| **PIOTR J. GARDIAS,** | C07-06242 HRL |
| Plaintiff, | **NOTICE OF DEPOSITION OF PLAINTIFF PIOTR J. GARDIAS** |
| v. | |
| **THE CALIFORNIA STATE UNIVERSITY, SAN JOSE STATE UNIVERSITY,** | |
| Defendant. | |

21  TO PLAINTIFF:

22       PLEASE TAKE NOTICE that Defendant The California State University, San Jose State

23  University, will take the video deposition of Plaintiff Piotr J. Gardias on oral examination before

24  a certified shorthand reporter on September 18, 2008, commencing at 10:00 a.m., at the

25  California Department of Justice, 1515 Clay Street, 20th Floor, Oakland, California.

26  ///

27  ///

28  ///

1  The deposition will be recorded stenographically by a certified court reporter and by video.

2  Dated: September 4, 2008

3  Respectfully submitted,

4  EDMUND G. BROWN JR.
   Attorney General of the State of California

5  MIGUEL A. NERI
   Supervising Deputy Attorney General

6  FIEL D. TIGNO

7  Supervising Deputy Attorney General

8

9

10  MARY S. CAIN-SIMON
    Deputy Attorney General
11  Attorneys for Defendant

12

13
   90092988.wpd
   OK2008900289
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Piotr Gardias**

**From:**    Mary CainSimon [Mary.CainSimon@doj.ca.gov]

**Sent:**    Wednesday, September 03, 2008 4:49 PM

**To:**    Piotr Gardias

**Subject:** Deposition date of September 18

Hello Mr. Gardias:

 I would like to schedule your deposition for your new case to take place September 18.  Please let me know if that date is convenient to your schedule.  I anticipate it will be fairly short, less than one full day, perhaps only a half day, especially if we can focus on the new and different issues you raise in that complaint.
Also, I would like to have the deposition take place at my office in Oakland.  We held the previous deposition sessions in San Jose out of consideration for your health issues, but I understand you are currently feeling very well, and I think you may even prefer to be away from the campus for this deposition session.  Please let me know if this is not agreeable to you.
Thank you,
Mary Cain-Simon

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.


No virus found in this incoming message.
Checked by AVG.
Version: 7.5.526 / Virus Database: 270.6.18/1658 - Release Date: 9/7/2008 3:30 PM

March 10, 2008 Deposition Transcript's Changes and Correction
by Piotr J. Gardias.

Note: Ms. Mary S. Cain-Simon did not bring documents to deposition, as promised to Judge. I think it is the reason that I do not understand many sentences of deposition.

**Deposition Changes or Corrections. VOLUME II**

Ms. Cain-Simon's enclosures to Volume II
- Exhibit 2. Plaintiff's response to Defendant's California State University First Set of Interrogatories. 4 pages.
- Index I- 3 pages
- Index II – 2 pages
- Index III- 1 page
- Index IV – 2 pages
- Index V – 2 pages
- Index VII.1 - 5 pages
- Index VII.2 - 2 pages
- Constr. Insp. Requisition 011576 ( pages from 4 of 8 up to 7 of 8)
- September 28, 2004 P. Gardias' resume – 2 pages

Page/Line: **424/25**
Changed/Corrected To: There is no doubt that Valenzuela, Bayer, Anderson, B. Davis, Betty Luna, acted with prejudice against me. Brad Davis was born in about 1974, Valenzuela (Mexican) was about 32 years old when he came to SJSU from ENRON.

Page/Line: **425/4**
Word or Phrase: Yes. Therefore, I gave.
Changed/Corrected To: Judge will decide. He told this in the Court.

Page/Line: **429/22, 23**
Word or Phrase: Lines 22 and 23.
Changed/Corrected To: Betty Luna's declaration proves that Adam Bayer, William Shum and other chosen applicants were not qualified for positions which were granted.

Page/Line: **441/9 up to 11**
Word or Phrase: Lines 9 up to 11.
Changed/Corrected To: Betty Luna proved that I was best qualified applicant for all positions and that I was discriminated against. She proved also that SJSU administrators created false accusation regarding my communication skills to deny me promotions.

Page/Line: **447/8**
Word or Phrase: graphic.
Changed/Corrected To: geography

1