TRANSMISSION VERIFICATION REPORT

```
TIME    : 09/09/2008 20:46
NAME    : FEDEX KINKOS 2901
FAX     : 4082790655
TEL     : 4082954336
SER.#   : 000D7J526525
```

```
DATE,TIME         09/09 20:45
FAX NO./NAME      15106222270
DURATION          00:00:57
PAGE(S)           03
RESULT            OK
MODE              STANDARD
                  ECM
```

Filed SEP 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE


FedEx Kinko's
Office and Print Center

# Fax Cover Sheet

Served by Fax to Ms. Mary Cain-Simon
Piotr Gardias

FedEx Kinko's of San Jose, CA 95112    Telephone: 408.295.4336  Fax: 408.279.0655

Date **Sept. 09, 2008**    Number of pages ____ (including cover page)

**To:**                                **From:**

Name **Ms. Mary Cain-Simon**           Name **Piotr J. Gardias**

Company **Deputy Attorney General**    Company _____

Telephone _____                 Telephone **(408) 295-6531**

Fax **(510) 622-2270**

Comments **Motion to Compel re Defendant's September 4, 2008 Notice of Deposition**

Piotr Gardias

More than 1,200 locations worldwide. For the location nearest you, call 1.800.2.KINKOS. Visit our website at fedexkinkos.com.