**\*E-FILED 2/24/2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CALIFORNIA STATE UNIVERSITY,<br>SAN JOSE STATE UNIVERSITY,<br><br>　　　　Defendant.<br>_____/ | No. C07-06242 HRL<br><br>**ORDER (1) CONTINUING MOTION HEARING; AND (2) VACATING PRE-TRIAL CONFERENCE AND TRIAL DATES** |

　　　　Defendant has filed a belated reply on its pending motion for summary judgment. The court has accepted the reply papers; however, the motion hearing set for March 3, 2009 will be continued to **April 14, 2009, 10:00 a.m. in Courtroom 2**.

　　　　Additionally, the March 31, 2009 pretrial conference and the bench trial scheduled to begin on April 7, 2009 have been vacated and will be re-set, as may be appropriate, after defendant's summary judgment motion is resolved.

　　　　SO ORDERED.

Dated:　February 24, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-6242 Notice electronically mailed to:**

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

**Counsel is responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:07-cv-6242 Notice mailed to:**

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110